# Exhibit A

 Gmail

**EXHIBIT A**

J. Arlen Spinner <retjcc@gmail.com>

## Fwd: Your Final Bid
1 message

Jeffrey Arlen Spinner <sudya59@gmail.com>  Thu, Aug 6, 2020 at 12:36 PM
To: "J. Arlen Spinner" <retjcc@gmail.com>

---------- Forwarded message ----------
From: **Ryan F** <ryanf@goldstandardrelocation.com>
Date: Fri, Jul 17, 2020, 13:42
Subject: Your Final Bid
To: Jeffrey Arlen Spinner <sudya59@gmail.com>

# NEW ERA

### Binding Moving Estimate — Reference No: RR3367211

| New Era Relocation | Customer Rep: | Ryan |
|---|---|---|
| 111 N 3rd Street | Phone: | |
| Smithfield NC 27577 | Direct: | 904-364-0156 |
| US DOT: 3371822  MC: 1081104 | Fax: | 941-296-7495 |
| | Email: | ryanf@goldstandardrelocation.com |
| | Web: | http://newerarelo.com/ |

| Moving From | Moving To |
|---|---|
| Jeffrey Spinner | Michael Hughes |
| 1612 Jekyll Lane | Storage |
| House / Ground | Storage |
| Waxhaw, NC 28173 | Setauket, NY 11733 |
| Phone: 203-298-2929 | |
| sudya59@gmail.com | |

| Relocation Details | | Relocation Estimate | |
|---|---|---|---|
| Job No: | RR3367211 | Total Tariff | $15790.00 |
| Estimate Date: | 07/17/2020 | Tariff Discount: 41.48% | -$6550.00 |
| Representative: | Ryan | Basic Estimate Price | $9240.00 |
| Move Type: Residential | Long Distance, 687 miles | Fuel Surcharge: 9.00 % | $831.60 |
| Estimated Volume: | 2800 cf. (19600 lbs) | Platinum Pack @1.00 Per Cubic Feet | $2800.00 |
| Estimated Rate: | $3.30 per cf | Bulky Item Fee For Grandfather Clock | $200.00 |
| Move Day: | Friday/Tuesday | 30 Days Of Free Storage And Free Re-Delivery | $0.01 |
| Requested Move Date: | 07/24/2020- | Priority Route Discount-Senior Citizen | -$1100.00 |

| | | |
|---|---|---|
| | **07/28/2020** | Discount-General Manager Discount |
| Reference By: | TRUCK | Basic Valuation Protection: $0.60 per lbs. per article | $0.00 |
| Created on: | 07/16/2020 | Total Moving Estimate | $11971.61 |
| | | Customer Payment: | $2971.61 |

### Full Value Protection Amount of Liability: $117,600.00 (Optional)

| Deductible Levels: | $0 | $250 | $500 | $750 | $1000 | $1500 |
|---|---|---|---|---|---|---|
| Valuation Charge: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Estimate Plus Valuation Charge: | $11971.61 | $11971.61 | $11971.61 | $11971.61 | $11971.61 | $11971.61 |
| Customer's Initials: | x | x | x | x | x | x |

**WARNING:** If a moving company loses or damages your goods, there are 2 different standards for the company's liability based on the types of rates you pay. **BY FEDERAL LAW, THIS FORM MUST CONTAIN A FILLED-IN ESTIMATE OF THE COST OF A MOVE FOR WHICH THE MOVING COMPANY IS LIABLE FOR THE FULL (REPLACEMENT) VALUE OF YOUR GOODS** in the event of loss of, or damage to, the goods. This form may also contain an estimate of the cost of a move in which the moving company is liable for **FAR LESS** than the replacement value of your goods, typically at a lower cost to you. You will select the liability level later, on the bill of lading (contract) for your move. Before selecting a liability level, please read Your Rights and Responsibilities When You Move, and Ready to Move Brochure provided by the moving company, and seek further information at the government website www.protectyourmove.gov

### Understanding Your Estimate

Customer would like the truck to come in and pack between Friday July 24th Through July 29, he HAS to be out by the 30th. That is his main concern that they can come in and get everything packed up and loaded and be out by the 30th. The Earlier the better please.

This is a binding estimate based on the information that you have provided. New Era Relocation guarantees this price based on your inventory list and services requested. If there are any additional / misrepresented inventory items or additional services requested at the time of pick- up, your price will be adjusted (Based on the company's tariff, applies to additional items / services only). Please note that changes to the inventory list and/or move date can be made up until 3 business days prior to the original move date.

FULL SERVICE RELOCATION INCLUDES:

- Professional Door to Door service.
- Loading and unloading of all items.
- Disassembly, reassembly and placement of all furniture upon delivery.
- Fully quilted padding & wrapping of all furniture (A full / partial packing service is also available, upon request).
- Cargo insurance coverage $0.60 cents per lbs per article (0.00% deductible).
- Taxes & tolls.
- Fuel surcharges, mileage and transportation fees.

- Transportation with late model air-ride suspension trucks.
- 30 days of FREE climate controlled storage in our secured storage facility.

FULL SERVICE RELOCATION DOES NOT INCLUDE:

- First flight of stairs is free, each additional flight is $75.00. (A flight is up to 12 steps).
- Long carry – first 75 feet are free, each additional 75 feet will be charged $75.00.
- Shuttle service – $1.00 per cube $350 minimum charge. if a semi-trailer cannot get reasonably close to a building or a house for unloading, a shuttle truck will be used at a rate determined based on the truck size and destination city.
- Packing and crating services not listed within this estimate.
- Packing supplies not listed within this estimate.
- Extra storage - any additional month will be charged $0.50 - $0.75 per CF.

PAYMENT METHODS:

- 70% of remaining balance upon pick-up with: personal check (unless it's a direct delivery), cashier's check, money order, or cash.
- 30% of remaining balance upon delivery prior to unloading by cash or postal money order only.
- By providing charge information for a deposit, it is implied the client agrees to the terms and conditions of the binding estimate.
- By agreeing to this binding estimate, the client waives the right to an on sight estimate.

SAFETY REGULATIONS AND PRECAUTIONS:

- Unless noted differently on the order for service, all customers are responsible for packing their own boxes and any fragile items they are transporting (glass, mirrors, marble, electronics, etc.) appropriately.
- For health and sanitary reasons, all mattresses, box springs and futon pads must be properly protected in either a mattress box or a plastic cover
- By law, personal effects in plastic bags are not allowed on the truck. No live plants / animals

DELIVERY WINDOWS:

- All Long Distance delivery services are made on a fluctuating basis, with an arrival time ranging between 1 to 21 business days from your first date of availability (The 1st date which you provided to your movers when you would be available to accept Delivery). From that date, we will be in the process of actively planning your delivery.
- Average delivery times are: 1-10 business days within the same coast, 3-14 business days East coast – Midwest and 7-21 business days for cross country (coast to coast) or remote location deliveries.
- You will be contacted by our dispatch department between 72 to 24 hours prior to your pick-up date, to confirm their time of arrival. The driver will be contacting you 12-24 hours in advance of his arrival
- The charge for storage handling is $0.75 per cubic foot per storage entry, the charge for storage rent is $0.50 - $0.75 per cubic foot per month. All estimated time of arrivals are subject to change depending on many industry factors such as traffic, weather conditions, unforeseen mechanical problems or unexpected delays with prior deliveries scheduled before you. Note: We will not discount any account due to any delays listed above. Our company will keep the customer informed verbally with a new / revised ETA (Estimated Time of Arrival) depending on company schedule.

ADDITIONAL INSURANCE:

New Era Relocation LLC does not provide full value protection, any additional insurance can be provided through a fully licensed third party insurance company up until 3 business days prior to the original move date

Read about your Rights & Responsibilities when you move.
Read about Ready to Move when you move.

TERMS AND CONDITIONS:

1.THE PROVISIONS OF THIS AGREEMENT, INCLUDING THE TERMS AND CONDITIONS CONTAINED HEREIN, REPRESENTS THE ENTIRE-UNDERSTANDING AND AGREEMENT BETWEEN NEW ERA RELOCATION LLC, (HEREAFTER NEW ERA RELOCATION) AND CUSTOMER WITH RESPECT TO THE SUBJECT MATTER HEREOF AND SUPERSEDES ALL OTHER NEGOTIATIONS, UNDERSTANDINGS AND REPRESENTATIONS (IF ANY) MADE BY AND BETWEEN SUCH PARTIES, INCLUDING ANY REPRESENTATIONS MADE BY ANY ESTIMATOR. IN THE EVENT OF ANY CONFLICT BETWEEN THE TERMS OF ANY ESTIMATE AND THE BILL OF LADING, THE TERMS OF THE BILL OF LADING SHALL CONTROL. THIS AGREEMENT MAY NOT BE AMENDED, SUPPLEMENTED OR WAIVED ORALLY, BUT ONLY IN WRITING,

SIGNED BY BOTH NEW ERA RELOCATION LLC. AND CUSTOMER AND MAKING SPECIFIC REFERENCE TO THIS AGREEMENT.

2. CUSTOMER MAY NOT ASSIGN ITS RIGHTS OR OBLIGATIONS UNDER THIS AGREEMENT WITHOUT THE PRIOR WRITTEN CONSENT OF NEW ERA RELOCATION LLC.

3. NOTHING IN THIS AGREEMENT, WHETHER EXPRESSED OR IMPLIED, IS INTENDED TO CONFER ANY RIGHTS OR REMEDIES ON ANY PERSON OTHER THAN THE PARTIES HERETO AND THEIR RESPECTIVE LEGAL REPRESENTATIVES, HEIRS AND PERMITTED ASSIGNS, NOR IS ANYTHING IN THIS AGREEMENT INTENDED TO RELIEVE OR DISCHARGE THE OBLIGATION OR LIABILITY OF ANY THIRD PERSON TO ANY PARTY TO THIS AGREEMENT, NOR SHALL ANY PROVISION GIVE ANY THIRD PERSON ANY RIGHT OF SUBJUGATION OR ACTION OVER OR AGAINST ANY PARTY TO THIS AGREEMENT.

4. CUSTOMER WILL BE SUBJECT TO ALL APPLICABLE LAWS AND THE GENERAL TERMS AND CONDITIONS OF THE CARRIER, WHICH SHALL INCLUDE WITHOUT LIMITATION, A REQUIREMENT THAT PAYMENT IN FULL OF ALL CHARGES IS DUE BEFORE UNLOADING OF THE GOODS IN ACCORDANCE WITH THE CARRIER'S LAWFUL LIEN ON THE PROPERTY.

5. AS THE CUSTOMER, I AGREE TO PAY THE TOTAL CHARGES FOR THE MOVING COORDINATOR SERVICES TO BE PROVIDED BY NEW ERA RELOCATION LLC IN THE FORM OF THE MOVING DEPOSIT (UP TO 30% OF TOTAL MOVING COSTS AND THAT THE PAYMENT MAY SHOW UP ON THE CUSTOMERS STATEMENT AS RELOCATE US). I UNDERSTAND AND AGREE THAT MY PAYMENT/FEE REPRESENTS ONLY A PORTION OF MY TOTAL ESTIMATED SERVICE CHARGES, FOR SCHEDULING AND ROUTING PURPOSES. MY PAYMENT/FEE IS NON REFUNDABLE AFTER PLACING THE RESERVATION FOR SCHEDULING PURPOSES. ALL REQUESTS TO CHANGE MY PICK UP DATE, OR PLACE THE MOVE ON HOLD, MUST BE MADE AT LEAST 5 BUSINESS DAYS (SATURDAY, SUNDAYS AND HOLIDAYS EXCEPTED) PRIOR TO THE PACK OR LOAD DATE (WHICHEVER APPLIES) LISTED ABOVE. I AM ONLY ENTITLED TO RECEIVE A CREDIT OF MY PAYMENT FOR A FUTURE INTERSTATE MOVE WHICH I MUST USE WITHIN A 12 MONTH PERIOD FROM THE DATE OF MY ORIGINAL RESERVATION. ALL PAYMENTS WILL SHOW ON YOUR BILLING CYCLE UNDER NEW ERA RELOCATION LLC. BY SIGNING THIS CONTRACT, I ACKNOWLEDGE THAT I WILL NOT FOR ANY REASON DISPUTE ANY CREDIT CARD PAYMENTS MADE AS PART OF THE MOVING DEPOSIT.

6. IF ELECTING TO CANCEL YOUR MOVE WITH NEW ERA RELOCATION LLC., I UNDERSTAND THAT PAYMENTS ARE COLLECTED IN INSTALLMENTS FOR EACH PORTION OF SERVICE RENDERED, WITH MY FINAL PAYMENT DUE AT DELIVERY. I UNDERSTAND THAT ANY PAYMENTS MADE TO NEW ERA RELOCATION LLC. ARE SUBJECTED TO THE CANCELLATION POLICY HEREIN DESCRIBED. I UNDERSTAND AND ACCEPT THAT I HAVE 72 HOURS FROM THE DATE AND TIME THIS RESERVATION IS PLACED TO CANCEL THIS SHIPMENT IN RETURN FOR A FULL REFUND, AND I UNDERSTAND THIS CANCELLATION MUST BE MADE IN WRITING BY EMAIL AS DESCRIBED BELOW. I UNDERSTAND AND AGREE THAT IF I CANCEL THIS SHIPMENT BEYOND 72 HOURS OF THIS RESERVATION BOOKING, PRIOR PAYMENTS COLLECTED WILL NOT BE REFUNDED. LAST-MINUTE SHIPMENTS BOOKED/RESERVED WITHIN 7 BUSINESS DAYS OF THE SCHEDULED LOADING DATE ARE CONSIDERED NONREFUNDABLE, IF A LAST-MINUTE SHIPMENT IS

CANCELLED NO REFUND OR CREDIT WILL BE ISSUED. MY SIGNATURE BELOW CONFIRMS THAT I HAVE RECEIVED AND AGREED TO THIS PROPER DISCLOSURE AND I UNDERSTAND THE TERMS AND CONDITIONS PRESENTED. THIS IS A BINDING LEGAL AGREEMENT FOR SERVICE, AND I UNDERSTAND THAT IN ORDER TO CANCEL THIS SERVICE I MUST DO SO IN WRITING TO INFO@NEWERARELOLLC.COM. CANCELLATIONS MUST BE MADE IN WRITING BY EMAIL AS DESCRIBED, VERBAL CANCELLATIONS ARE NOT ACCEPTED.

7. CUSTOMER HAS ELECTED A "BINDING TO NOT EXCEED" PRICE, THE TOTAL COST WILL NOT EXCEED THE ESTIMATED AMOUNT; PROVIDED, HOWEVER THAT CUSTOMER PROVIDES NEW ERA RELOCATION LLC.. WITH AN ACCURATE DESCRIPTION OF THE ITEMS TO BE MOVED AND THE SERVICES TO BE PERFORMED. CUSTOMER HAS REQUESTED TO HAVE AN ESTIMATE PROVIDED FOR HIS/HER HOUSEHOLD GOODS RELOCATION, IN ACCORDANCE WITH 49 CFR 371.113(C)(1), CUSTOMER AGREES TO WAIVE A PHYSICAL SURVEY OF THE HOUSEHOLD GOODS, AND ALTERNATIVELY AGREES TO RECEIVE A BINDING TO NOT EXCEED ESTIMATE BASED UPON THE SHIPPER PROVIDED ITEM LIST OF PROPERTY TO BE TRANSPORTED. IF ANY ADDITIONAL PIECES, PACKING SERVICES, CUBIC FEET, VOLUME, WEIGHT OR LABOR SERVICES ARE ADDED AT THE ORIGIN OR DESTINATION TO THOSE QUOTED, THE CUSTOMER SHALL BE CHARGED FOR THESE SERVICES AT THE GOVERNING TARIFF RATES. CUSTOMER UNDERSTANDS THAT NEW ERA RELOCATION LLC. HAS A 2000 LBS MINIMUM ON ALL SHIPMENTS. ANY SHIPMENT BELOW 2000 LBS. WILL BE CHARGED AT THE 2000 LBS RATE. THE PRICE INCLUDES ALL FUEL SURCHARGES, TOLLS, LOAD AND UNLOAD, BASIC DISASSEMBLY AND REASSEMBLY OF STANDARD FURNITURE ITEMS, UP TO 75 FEET OF LONG CARRY AT ORIGIN AND DESTINATION AND 1 FLIGHTS OF STAIRS. ELABORATE FURNITURE ITEMS THAT NEED TO BE DISASSEMBLED AND/OR REASSEMBLED MAY REQUIRE 3RD PARTY SERVICING OR ADDITIONAL LABOR AND SHOULD BE DISCLOSED TO YOUR ESTIMATOR AND INCLUDED IN YOUR ESTIMATE. DISCONNECTING AND/OR RECONNECTING OF APPLIANCES IS NOT INCLUDED IN THE PRICE. REASSEMBLY IS SUBJECT TO THE AVAILABILITY OF TOOLS AND/OR ALL PARTIES BEING AVAILABLE. THE PACKING AND UNPACKING OF BOXES IS ONLY INCLUDED IN THE PRICE IF IT IS ITEMIZED IN THE PACKING AND UNPACKING SECTION OF YOUR ESTIMATE; ALL MATERIALS/LABOR FOR UNDISCLOSED ITEMS WILL BE EXTRA.

8. ALL OF THE TERMS AND PROVISIONS OF THIS AGREEMENT, WHETHER SO EXPRESSED OR NOT, SHALL BE BINDING UPON, INURE TO THE BENEFIT OF, AND BE ENFORCEABLE BY THE PARTIES AND THEIR RESPECTIVE ADMINISTRATORS, EXECUTORS, LEGAL REPRESENTATIVES, HEIRS, SUCCESSORS AND PERMITTED ASSIGNS.

9. CUSTOMER SHALL INDEMNIFY AND HOLD HARMLESS NEW ERA RELOCATION LLC, AND ITS SHAREHOLDERS, DIRECTORS, OFFICERS, EMPLOYEES, AGENTS AND AFFILIATES FROM AND AGAINST ANY AND ALL ACTIONS, CLAIMS, SUITS, LIABILITIES, PROCEEDINGS, PENALTIES, FINES, COSTS, AND EXPENSES (INCLUDING ALL REASONABLE ATTORNEY'S FEES) RELATING DIRECTLY OR INDIRECTLY FROM ANY BREACH OF THIS AGREEMENT BY CUSTOMER.

10. IT IS AGREED BY THE PARTIES AS MANDATORY THAT THIS AGREEMENT SHALL BE GOVERNED BY THE INTERNAL LAWS OF THE STATE OF CALIFORNIA WITHOUT REGARD TO THE PRINCIPLES OF CONFLICTS OF LAW. ANY DISPUTE ARISING OUT

OF OR RELATING TO THIS AGREEMENT SHALL BE BROUGHT IN THE COURTS OR RECORD OF THE STATE OF CALIFORNIA. IF ANY PARTY DOES NOT HAVE A REGISTERED AGENT TO ACCEPT SERVICE OF PROCESS IN CALIFORNIA OR IS NOT OTHERWISE SUBJECT TO SERVICE AFTER REASONABLE ATTEMPTS, THEN SUCH PARTY AGREES TO ACCEPT SERVICE OF PROCESS BY U.S. MAIL.

11. IN THE EVENT OF ANY CONTROVERSY ARISING UNDER OR RELATING TO THE INTERPRETATION OR IMPLEMENTATION OF THIS AGREEMENT OR ANY BREACH THEREOF, NEW ERA RELOCATION LLC. SHALL BE ENTITLED TO RECOVER ALL OF ITS COURT COSTS, COLLECTION FEES, EXPENSES AND REASONABLE ATTORNEY'S FEES (INCLUDING, WITHOUT LIMITATION, ALL PRE-TRIAL, TRIAL AND APPELLATE PROCEEDINGS), IN ADDITION TO ANY OTHER RELIED TO WHICH IT MAY BE ENTITLED. IN THE EVENT THAT NEW ERA RELOCATION LLC. PURSUES THE COLLECTION OF ANY AMOUNTS DUE TO IT UNDER THIS AGREEMENT, NEW ERA RELOCATION LLC. MAY RECOVER THE FULL TARIFF RATE ON ALL GOODS AND SERVICES PROVIDED, IN ADDITION TO ALL OTHER REMEDIES AVAILABLE TO IT AT LAW AND IN EQUITY.

12. MOTOR CARRIER NEUTRAL ARBITRATION PROGRAM: THE MOTOR CARRIER'S NEUTRAL ARBITRATION PROGRAM HAS BEEN DESIGNED TO GIVE NEITHER PARTY ANY SPECIAL ADVANTAGE. IF A DISPUTE ARISES BETWEEN THE CARRIER AND THE SHIPPER ARBITRATION MAY BE A MUTUALLY BENEFICIAL ALTERNATIVE TO HELP RESOLVE THE DISPUTE. SECTION 49 U.S.C. SECTIONS 375.211 PROVIDES THAT A MOVER MUST HAVE A PROGRAM IN PLACE TO PROVIDE SHIPPERS WITH AN ARBITRATION ALTERNATIVE. ARBITRATION IS OPTIONAL AND NOT REQUIRED UNDER FEDERAL LAW. SUMMARY OF THE ARBITRATION PROCESS: ARBITRATION IS AN ALTERNATIVE TO COURTROOM LITIGATION. IT PROVIDES EACH PARTY TO THE DISPUTE TO PRESENT THEIR CASES AND ALLOWS A NEUTRAL THIRD PARTY ARBITRATOR TO MAKE DECISIONS AS TO THE MERIT OF EACH SIDE'S CASE. ARBITRATION SUBJECT TO THIS AGREEMENT SHALL BE CONDUCTED VIA WRITTEN SUBMISSION AND, SUBJECT TO THE ARBITRATOR'S DISCRETION, THROUGH TELEPHONIC APPEARANCE. AFTER THE INITIAL FILING FEES HAVE BEEN PAID AND THE ARBITRATOR SELECTED, THE INITIATING PARTY OR (CLAIMANT) MUST SUBMIT A WRITTEN BRIEF SUMMARIZING THEIR LEGAL POSITION AND FACTUAL CLAIMS. ALL SUPPORTING DOCUMENTATION MUST BE INCLUDED WITH THE INITIAL ARBITRATION BRIEF. COPIES OF ALL DOCUMENTS MUST BE SUBMITTED TO ALL PARTIES INVOLVED IN THE ARBITRATION. UPON RECEIPT OF THE CLAIMANT'S ARBITRATION BRIEF AND SUPPORTING DOCUMENTS, THE RESPONDING PARTY OR (RESPONDENT) WILL HAVE 30 DAYS TO FILE THEIR RESPONSIVE ARBITRATION BRIEF AND SUPPORTING DOCUMENTATION. FURTHER DEADLINES AND TIME TABLES ARE SUBJECT TO THE ARBITRATORS DISCRETION. LEGAL EFFECTS; IF THE ARBITRATION ALTERNATIVE IS CHOSEN, THEN ANY DECISION MADE BY THE ARBITRATOR MAY BE BINDING. ADDITIONALLY, AN ARBITRATION DECISION MAY NOT BE APPEALED IN A COURT OF LAW. ALL PARTIES AGREE THAT THE ARBITRATORS DECISION WILL BE BASED EXCLUSIVELY ON THE GOVERNING UNITED STATES FEDERAL LAW WITHOUT REGARD TO CONFLICTING STATE LAWS OR REGULATIONS. APPLICABLE COSTS EACH PARTY IS RESPONSIBLE FOR THEIR OWN COST ASSOCIATE ED WITH ARBITRATION. A BENEFIT TO THE ARBITRATION ALTERNATIVE MAY BE THAT IT IS LESS EXPENSIVE THAN TRADITIONAL LITIGATION. EACH PARTY IS RESPONSIBLE FOR 50% OF THE COST ASSOCIATED WITH SECURING THE ARBITRATOR AND

100% OF THEIR OWN EXPENSES, INCLUDING BUT NOT LIMITED TO ATTORNEY FEES.

13. UPON BOOKING, UP TO 30-50% PAYMENT FEE IS REQUIRED TO BE PAID BY CREDIT CARD (VISA, MASTERCARD, DISCOVER)(THIS PAYMENT MAY SHOW UP ON THE CUSTOMERS STATEMENT AS RELOCATE US) OR BANK WIRE AND OR DIRECT PAYMENT INTO COMPANY ACCOUNT. UPON PICKUP CARRIER MAY COLLECT UP TO 50-70%. PAYMENT WILL BE DUE IN THE FORM OF CASH OR POSTAL MONEY ORDER. THE REMAINING BALANCE MUST BE PAID IN FULL UPON DELIVERY BY CASH OR POSTAL MONEY ORDER. THE CARRIER RESERVES THE RIGHT TO COLLECT UP TO 70% OF BALANCE DUE PRIOR TO THE GOODS LEAVING THE ORIGIN STATE. SUBJECT TO FEDERAL LAW, PAYMENT IN FULL OF ALL CHARGES IS REQUIRED BEFORE DELIVERY AND PRIOR TO UNLOADING.

14. THE CUSTOMER UNDERSTANDS AND AGREES THAT SHOULD THE CUSTOMER FAIL TO EXECUTE OR RETURN THIS AGREEMENT, BY ALLOWING A CARRIER, OR A LICENSED CARRIER DESIGNATED BY NEW ERA RELOCATION LLC. TO PICK UP THE CUSTOMER'S BELONGINGS, THE CUSTOMER EXPRESSLY AGREES AND CONSENTS TO THE TERMS CONTAINED IN THIS AGREEMENT.

15. CUSTOMER HEREBY KNOWINGLY, VOLUNTARILY AND INTENTIONALLY WAIVES THE RIGHT TO A TRIAL BY JURY IN RESPECT OF ANY LITIGATION BASED HEREON, OR ARISING OUT OF, UNDER OR IN CONNECTION WITH THE GOODS AND SERVICES OBTAINED HERE-UNDER, THE MOVE, OR ANY COURSE OF CONDUCT, COURSE OF DEALING, STATEMENTS (VERBAL OR WRITTEN) OR ACTIONS OF NEW ERA RELOCATION LLC. OR THE MOVER. CUSTOMER ACKNOWLEDGES THAT THIS WAIVER CONSTITUTES A MATERIAL INDUCEMENT TO NEW ERA RELOCATION LLC. TO ENTER INTO THIS AGREEMENT.

16. NEW ERA RELOCATION LLC. REQUIRES THAT THE CUSTOMER MUST FIRST ATTEMPT, TO RESOLVE ALL DISPUTES IN WRITING, DIRECTLY WITH NEW ERA RELOCATION LLC. PRIOR TO INITIALIZING A DISPUTE/REVERSAL WITH THEIR ISSUING CREDIT CARD PROVIDER. THE CUSTOMER MUST PROVIDE WRITTEN DESCRIPTION EVIDENCING ANY AND ALL BREACHES OF THE CONTRACT BY E-MAIL TO NEW ERA RELOCATION LLC. AT INFO@NEWERARELOLLC.COM THE CUSTOMER AGREES THAT FAILURE TO PROVIDE WRITTEN DOCUMENTATION CLAIMING THAT THE TERMS AND CONDITIONS WERE NOT ADHERED TO BY NEW ERA RELOCATION LLC., FORFEITS THE RIGHT TO DISPUTE THIS CLAIM WITH THEIR ISSUING CARD PROVIDER.

17. AS THE CUSTOMER, I AGREE THAT ANY REFUSAL OR DENIAL OF SERVICE, EITHER VERBALLY IN PERSON OR OVER THE PHONE, WILL BE TREATED AS A LATE CANCELLATION MADE OUTSIDE OF THE CANCELLATION WINDOW. I UNDERSTAND THAT NO REFUND WILL BE ISSUED IF I REFUSE OR DENY SERVICE ON THE DAY OF PICK UP. IF I CLAIM THAT SERVICE WAS NOT RENDERED I MUST PROVIDE NOTICE OF ANY SERVICE FAILURE MADE BY NEW ERA RELOCATION LLC., IN WRITING TO INFO@NEWERARELOLLC.COM

18. IN SIGNING THIS AGREEMENT, I THE CUSTOMER, AGREE THAT; NEW ERA RELOCATION LLC., HAS PROVIDED A DATED COPY OF THE ESTIMATE AND INFO@NEWERARELOLLC.COM CHARGES AT THE TIME I SIGNED THE AGREEMENT. NEW ERA RELOCATION LLC. HAS PROVIDED ME WITH NOTIFICATION OF THE METHODS OF PAYMENT REQUIRED TO PAY THE MOTOR

CARRIER FOR BALANCES DUE. ALL COSTS AND CHARGES ARE CLEARLY INDICATED ON THIS ESTIMATE, AND THE CHARGES REPRESENTED ON THIS ESTIMATED ARE ONLY FOR THE SERVICES AND INVENTORY SPECIFICALLY INDICATED ON THIS

### Articles List 80 Items, 248 Pieces

| Qty | Items | Qty | Items | Qty | Items |
|---|---|---|---|---|---|
| 2 | BAR, STOOL | 1 | COMPUTER DESK | 8 | PLASTIC BIN, MED. |
| 1 | BED, DOUBLE (WITH MATTRESSES) | 2 | CORNER TABLES | 7 | PLASTIC BIN, SM. |
| 1 | BED, KING (WITH MATTRESS) | 1 | DESK, DOUBLE | 5 | PLASTIC SHELVING UNIT |
| 2 | BED, QUEEN (WITH MATTRESS) | 1 | DESK, HUTCH | 1 | PLASTIC STORAGE DRAWERS |
| 1 | BED, TWIN (WITH MATTRESS) | 2 | DESK, REGULAR | 1 | RECLINER |
| 1 | BENCH, LARGE | 4 | DINING CHAIR | 1 | ROLLING CART |
| 1 | BENCH, LARGE | 1 | DINING TABLE | 1 | SECRETARY DESK, ANTIQUE |
| 2 | BLACK & TAN CHEST | 1 | DRESSER, DOUBLE | 1 | SERVER |
| 1 | BLACK STORAGE CUBBY UNIT | 4 | DRESSER, SINGLE | 2 | SLEDS, SKIS |
| 2 | BOOKCASE 6X3 | 1 | DRESSER, TRIPLE | 1 | SMALL TABLE |
| 1 | BOOKCASE MED | 1 | DRYER | 1 | SOFA TABLE |
| 1 | BOOKCASE, SM. | 1 | FUTON | 1 | SOFA, 2 LOVE SEAT |
| 11 | BOX, BOOK/SMALL | 1 | GLOBE | 2 | SOFA, 3 SEAT/BED |
| 13 | BOX, CHINA/DISH | 1 | HAMPER | 1 | SOFA, SECTIONAL-2 PIECE |
| 21 | BOX, LARGE PBO | 8 | LAMP, FLOOR (PBO) | 1 | STEREO CONSOLE |
| 31 | BOX, MED. PBO | 2 | LAMP, TABLE (PBO) | 1 | T.V. FLAT SCREEN- 33-60 |
| 13 | BOX, SMALL PBO | 1 | METAL SHELVES | 1 | TABLE |
| 10 | BOX, STAND-UP WARDROBE MEDIUM | 1 | MICROWAVE, STANDARD | 1 | TABLE, COFFEE |
| 1 | BUTLER TABLE | 1 | MIRROR, LG. | 8 | TABLE, END |
| 2 | CABINET, MEDIUM | 2 | MIRROR, REGULAR | 1 | TABLE, FOLDING |
| 1 | CHAIR, ARM | 1 | MISC CUBIC FEET | 2 | TABLE, KITCHEN |
| 4 | CHAIR, KITCHEN | 5 | NIGHT STAND | 1 | TOOLS |
| 1 | CHAIR, OVERSTUFFED | 5 | OCCASIONAL CHAIR | 2 | TRUNK, LARGE |
| 1 | CHEST, CEDAR | 1 | OTTOMAN, SM. | 4 | WALL SHELVES |
| 1 | CHEST, SMALL | 1 | PHYSICIANS'S SCALE | 1 | WASHING MACHINE |
| 2 | CHINA CAB, 1 PIECE | 12 | PLASTIC BIN, LG. | 1 | WICKER SOFA |
| 2 | CLOCK, GRANDFATHER | | | 1 | WORK BENCH, SM. |

### Packing Material List

| Qty | Material | Unit Price $ | Qty | Material | Unit Price $ | Qty | Material | Unit Price $ |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Click on Online Electronic Signature to confirm your move online.**

If you no longer wish to receive emails from New Era Relocation, please click on unsubscribe

---

Ryan F.
Logistics Manager
904-364-0156
DOT number: 3122941

### Gold Standard Relocation

"The New Moving Standard"