# Exhibit B

**EXHIBIT B**

