# Exhibit C

# EXHIBIT C

*State of North Carolina*
*Department of the Secretary of State*

SOSID: 1922351
Date Filed: 12/2/2019 10:21:00 AM
Elaine F. Marshall
North Carolina Secretary of State
**C2019 331 00060**

## Limited Liability Company
### ARTICLES OF ORGANIZATION

Pursuant to §57D-2-20 of the General Statutes of North Carolina, the undersigned does hereby submit these Articles of Organization for the purpose of forming a limited liability company.

1. The name of the limited liability company is: **NEW ERA RELOCATION LLC**
   (See Item 1 of the Instructions for appropriate entity designation)

2. The name and address of each person executing these articles of organization is as follows: (State whether each person is executing these articles of organization in the capacity of a member, organizer or both by checking all applicable boxes.) **Note: This document must be signed by all persons listed.**

| Name | Business Address | Capacity |
|---|---|---|
| STEVEN WEISS | ALLSTATE CORPORATE SERVICES CORP 2215 HENDRICKSON STREET SUITE 1 BROOKLYN, NY 11234 | ☐ Member ■ Organizer |
| | | ☐ Member ☐ Organizer |
| | | ☐ Member ☐ Organizer |

3. The name of the initial registered agent is: **KARIMOV MEDE**

4. The street address and county of the initial registered agent office of the limited liability company is:
   Number and Street **111 NORTH 3RD STREET**
   City **SMITHFIELD**   State: **NC**   Zip Code: **27577**   County: **JOHNSTON**

5. The mailing address, if different from the street address, of the initial registered agent office is:
   Number and Street _____
   City _____   State: **NC**   Zip Code: _____   County: _____

6. Principal office information: (Select either a or b.)

   a. ☑ The limited liability company has a principal office.
   
   The principal office telephone number: **N/A**

   The street address and county of the principal office of the limited liability company is:
   Number and Street: **111 NORTH 3RD STREET**
   City: **SMITHFIELD**   State: **NC**   Zip Code: **27577**   County: **WAKE**

---

BUSINESS REGISTRATION DIVISION    P.O. BOX 29622    Raleigh, NC 27626-0622
*(Revised August. 2017)*                             Form L-01

The mailing address, if different from the street address, of the principal office of the company is:

Number and Street: 111 NORTH 3RD STREET

City: SMITHFIELD   State: NC   Zip Code: 27577   County: JOHNSTON

b. ☐ The limited liability company does not have a principal office.

7. Any other provisions which the limited liability company elects to include (e.g., the purpose of the entity) are attached.

8. **(Optional):** Listing of Company Officials (See instructions on the importance of listing the company officials in the creation document.

| Name | Title | Business Address |
|---|---|---|
| KARIMOV MEDE | MEMBER | 111 NORTH 3RD STREET, SMITHFIELD, NC 27577 |
|  |  |  |

9. **(Optional):** Please provide a business e-mail address: _____
The Secretary of State's Office will e-mail the business automatically at the address provided above at no cost when a document is filed. The e-mail provided will not be viewable on the website. For more information on why this service is offered, please see the instructions for this document.

10. These articles will be effective upon filing, unless a future date is specified:

This is the 15 day of NOVEMBER, 20 19.

NEW ERA RELOCATION LLC

_[Signature]_
Signature

STEVEN WEISS, ORGANIZER
Type or Print Name and Title

The below space to be used if more than one organizer or member is listed in Item #2 above.

Signature                                   Signature

Type and Print Name and Title               Type and Print Name and Title

**NOTE:**
1. Filing fee is $125. This document must be filed with the Secretary of State.

BUSINESS REGISTRATION DIVISION          P.O. BOX 29622          Raleigh, NC 27626-0622
*(Revised August. 2017)*                                          *Form L-01*