# Exhibit D



Home     About     **Licensing**     Moving Tips     Pay deposit



New Era Relocation is one of the most reputable interstate moving companies around and are trusted by countless families and businesses every year to handle their interstate move. Even the simplest long distance move can be stressful for a family or business. By choosing New Era Relocation as your interstate mover, you can rest assured knowing that you will be receiving the highest degree of service available when it comes to your interstate move. Make sure to use the U.S. DOT Safer System Search and look up every moving company .
Click the U.S. Dept of Transport logo below to view our Carrier License in the Safe Mover Search System and to look up all movers on the GOVT site!



View our Carrier License by searching our DOT #3371822

## Company Details

Areas We

## Contact Us

Corporate Headquarters:
111 n 3rd st
Smithfield, NC 27577

### Give us a ring

Get a Quote- 941-417-4828

## Cover

With our HQ based in North Carolina we service all major hubs,
while also servicing the entire USA, including:

| | |
|---|---|
| Los Angeles | Philadelphia |
| Chicago | Los Angeles |
| Dallas | Miami |
| San Diego | Washington DC |

© 2020 by New Era Relocation LLC.          US D.O.T  3371822          Protect your Move          Insurance and Valuation