# Exhibit F

Case 2:20-cv-06288-HG-JMW   Document 1-6   Filed 12/29/20   Page 2 of 15 PageID #: 110

**EXHIBIT F**

Get Accredited   Español   AB/Business Login

Better Business Bureau

Home > North Carolina > Smithfield > Moving Companies > New Era Relocation > Complaints

My BBB

Complaints

# Complaints

 

111 N 3rd St
Smithfield, NC 27577-3939

http://newerarelo.com

Email this Business

(941) 417-4828

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB asks third parties who publish complaints, reviews and/or responses on this website to affirm that the information provided is accurate. However, BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business.

**Complaint Type:** Delivery Issues      **Status:** Answered

09/24/2020

New Era Relocation lied multiple times about the details of the moving process. My belongs is still not here! This company has lied from day 1 about the pick up to delivery date. My belongs way pick up the 14th of September and I was told it would be delivered that Friday. Today is the 24th of September and I still haven't received an ETA that I've been requesting. The first problem was the pricing. I was quoted for a one bdrm worth of space & then last minute claimed that I didn't agree to that. Then we moved on to find out last minute that my belongings would not come that Friday I was promised and their going to check the recording because I was lying. After I ask what was the conclusion of the recording all of a sudden "the call was made after hours so it wasn't recording" which was a lie because I called during business hours. Everytime I speak to someone they claim they'll get back to me but I never get a response. The only time I got a response back was an email to read while they reach out the the driver. Then the new excuse was the call that said my things would be delivered that week must of been made from her cell phone so it wasn't recorded. Now the newest excuse is their system has been down for TWO days. Today is Thursday the 24th & after speaking to my wife she "*****" the "owner" claims she'll contact me back on Monday the 28thhh with an update. On the 28th it will have been 3 Monday's since my belongings were picked up. My online business material is in the truck. Our life is in the truck. We did a cross country move! This is insane and so unprofessional. My body aches from sleeping on the floor & my family gets here for a family visit/vaca on the 28th. Now they'll have to sleep on the floor or get an hotel. My wife only has one uniform because everything else is in the truck. This has to be the worst company. This is outrages. I am disgusted !

**Desired Outcome**

We want our belongings so we can finally settle into our new lives across the country. We want a refund or price adjustments for all the money we had to spend to replace everything that should have been here! I made my reservation according to them. My belongings been packed for 6 months so I could have and would have sent it earlier if I was told it would take this long !



**New Era Relocation Response**                                                                             09/24/2020

We understand your frustration however our system has been down since Tuesday. You can look up ************* Inc and see that it has been down and just came back up at 4:30pm today (Thursday 9/24/2020). We do also understand that when the movers arrived to your home you did add a few things but we spoke to the movers and they agreed to go by the cubic footage you were estimated. Secondly, the representative that booked your move leaves the office at 5pm every night so she did call you from her cell phone. Thirdly, if you look at the estimate that you signed on 08/19/2020 it shows the delivery spread. We please also ask you to keep in mind you are going 2689 miles and that can not happen over night. (in contract not small print) DELIVERY WINDOWS: All Long Distance delivery services are made on a fluctuating basis, with an arrival time ranging between 1 to 21 business days from your first date of availability (The 1st date which you provided to your movers when you would be available to accept Delivery). From that date, we will be in the process of actively planning your delivery. Average delivery times are: 1-10 business days within the same coast, 3-14 business days East coast - Midwest and 7-21 business days for cross country (coast to coast) or remote location deliveries. You will be contacted by our dispatch department between 72 to 24 hours prior to your pick-up date, to confirm their time of arrival. The driver will be contacting you 12-24 hours in advance of his arrival The charge for storage handling is $0.75 per cubic foot per storage entry, the charge for storage rent is $0.50 - $0.75 per cubic foot per month. All estimated time of arrivals are subject to change depending on many industry factors such as traffic, weather conditions, unforeseen mechanical problems or unexpected delays with prior deliveries scheduled before you. Note: We will not discount any account due to any delays listed above. Our company will keep the customer informed verbally with a new / revised ETA (Estimated Time of Arrival) depending on company schedule. So you were made aware of exactly how delivery works and if you look at the "pick up information" email that was sent to you on 09/13/2020 it also talks about delivery and how it all works: First Available Delivery Date (FADD) is the first date the carriers will start working on your delivery. The carrier does have the window of 3 to 21 business days to delivery from that FADD. Now we are not saying it will take them this long to deliver your belongings, but we do have to inform you of this information due to the DOT laws and regulations. We strive to follow up with the carriers and to keep you, the customer with all the information that we receive from the carrier, regarding the exact time of delivery of your belongings. We do not hid how delivery works because we do not want our clients to feel blindsided about delivery. We hope this helps clears everything up and Customer Service is still here to give updates as fast as we can.

**Customer Response**  09/25/2020

It funny how I FINALLY get a fast detailed response. I don't know whose replying but I have spoke with several different reps in which everyone has a different excuse. There still excuses. I wasn't informed of any of what your saying until AFTER the fact. Also today is now Sept 25th @ 3pm pacific time and I Still have Not received an ETA that was promised last week!!!! I was "giving extra space" I used the spaces that I intaially was allotted ! The cross country move was told to your rep in which she told me my stuff would be there4-5 days after it was picked up! My things were pick up 9/14 & from my knowledge it still hasn't been loaded into the truck as of 9/25. There no excuse. The no delay due to everything you listed. Your rep just want to make a sale and told me what I wanted to hear! I just triple check the time and date stamped email in which again you lied. ******* was working with me during business hours at aroun 2:30-430 so the proof that she told me when my stuff would be here is time and date stamp!!!! I want and need an ETA more than this response. I have everything screenshots if you need them to help move this process along.



**New Era Relocation Response**  10/07/2020

************************ First, no one lied. We have an internal system that logs all action made on everyone's account. Also every email that gets sent through the system has a time log. Please see attached pictures showing internal log and email log. The representative accessed your account on 8/19/2020 @5:22pm and the first email estimate was sent was sent on 08/19/2020 @5:37pm. Second, you received a copy of the first estimate on 08/19/2020 @5:37pm and did not sign estimate until 8/19/2020 @5:59pm which is over 20 minutes to read through the estimate showing you exactly how long delivery can take. With that being said yes in a perfect world with no delays you could have been delivered within the 4-5 day window but that is the best case scenario but the estimate explains the worst case scenario. You cant claim you didn't know how long delivery would take when you have access to the delivery spread for over 20 minutes to read through. And you have a 72 hour window that you could have used to read even further through the estimate to find everything out with enough time to cancel and receive a full refund. Thirdly Customer Service has been in contact with you with the most up to date information they can get. As on 10/6/2020 your delivery is set for this weekend. If there are no unforeseen circumstances you will be delivered this weekend. Customer Service will still be here to help keeping you with the best updates they can. The drivers will also call you when they get closer to your delivery destination. We hope this helps clarify things a little better for you. Have a great day! Please call customer service with any other questions.

**Complaint Type:** Delivery Issues    **Status:** Answered

Case 2:20-cv-06288-HG-JMW   Document 1-6   Filed 12/29/20   Page 5 of 15 PageID #: 113

09/07/2020

I hired New Era Relocation in March for my move from VA to MA they were careless and lost our items and have not been working to resolve the issue I hired New Era on 5/11 with a move date of 5/15. They did not show up on 5/15 and never called to say they were not coming. When I finally got a hold of someone they told us their drivers were behind and they were sorry they finally picked us up two days later and we left for MA after delivery we immediately noted that our dresser as well as several boxes were missing that included 3 bedding sets, books, kitchen glassware and dishes, pots and pans, family photos, our 500$ ergo mattress remote and a box with our PS4, controllers, and 50+ video games. When we called to resolve this we were told they would look a week went by with no contact so I called again and was told they had found the dresser and one of the boxes. Then proceeded to hear nothing. Another week went by and then they proceeded to tell me I needed to file a claim before my items would be returned and that they HADN'T found them. Upon looking into filing a claim I was told they were going to pay for replacements based on the insurance I had purchased so I would be receiving pennies on the dollar for my items not because they were broken but received, but because they were careless and lost or delivered my items to someone else. When I told them I just wanted my items back they told me they would look again and then get back to me and I have still heard nothing from them. They told me to file a claim but to check for damage however I have an ergo mattress frame that can't be tested without the remote that they have lost, and the frame appears to have damage. When asked for guidance in this I was told to file the claim anyway and that I can only file it once so if there is damage to my bed frame I can't do anything about it?

**Desired Outcome**

Ultimately I want my dresser, which was an antique and family heirloom that we had just paid to refinish, as well as the other 5 boxes that are missing delivered. I have a bed frame That seems to be damaged that I can not even test without the remote they have lost. If it is completely not feasible to recover my items to me then I wish to be paid for their full value as this was truly just carelessness or refunded for my move as I am very disappointed in the service I have received.



**New Era Relocation Response**                                                                                      10/13/2020

Hello, We understand completely on your frustration with having damaged and/or missing items and we never want to hear anyone having this happen during their move. But I would like to correct a few things in this complaint. You did receive an email stating your pickup would be on the 16th but also received a call from Customer Service stating that the truck was being delayed and you agreed for your pickup window to be extended until the 19th with a $250 discount. You agreed to the delay. You were picked up and delivered very quickly. As far as claims are Customer Service has sent you how to file a claim on 3 separate occasions. In order to get any closer with the missing or damages items you must file a claim. This is why we have insurance. We never want to have to use it but this is the reason for it. As far as your bed and not knowing if it is damaged because you do not have the remote. It is considered damaged because it isn't operational. The movers have looked over and over but unfortunately they were unable to locate so you have to go through the claims. We are still here to help walk you through the claims process. We hope this helps this clears some things up for you. Again Customer Service is still here to walk you through the claims process. Thank you

**Complaint Type:** Problems with Product/Service       **Status:** Answered

Case 2:20-cv-06288-HG-JMW Document 1-6 Filed 12/29/20 Page 6 of 15 PageID #: 114

08/17/2020

Scammed by this moving Company and cannot resolve issues with they. No reply from company. I hired New Era Relocation to move me from MN to FL. I gave them a down payment of $1430.34 on July 14, 2020. My total estimate for moving was $3360.28 after an up grade for more space of 605 C.F.. And I was told I would need a money order or cash of $964.97 and another $964.97 at delivery. My moving date was July 17, 2020. The moving company by the name of ************* Co. Inc. came to pick up my belongings. New Era Relocation is a broker not a moving company with their own trucks and movers. I gave the the USP money order of $964.97 and was told that I would have to have $3815.00 at pickup. I told them no its not that much and they told me they had to make more space for my belongings. and charged me more for space. I came from a one bedroom apartment and surely didn't need extra space. They left and I tried to call New Era Relocations emergency number along with several other numbers they gave me to ask them about this no reply. I tried to contact them several times by phone, email and voice. No reply. My delivery came on July 28, 2020 and they asked me for the $3815.00. They said they will not delivery the items until I came them the full amount. They were holding my items hostage until I paid up. I called the local Sheriff and the ************* Co. Inc said they would take the $3500.00 I had. They had my inventory down as 119 items and as they the items into my house stood there and counted each item. I had 77 items and questioned them about where my other 42 items where. They looked at me and ask to see the inventory page. The ************* padded my inventory to make up for the space they charged me for. These two companies I think are working together because I cannot contact either one by phone, email or voice. Some of my items were broken, smashed and stolen. They need to be investigated and fined.

**Desired Outcome**
Consumers need to be aware of companies lilke this scamming people and holding their belongings hostage until they get paid. They need to be shut down and all license taken away from them.



**New Era Relocation Response**  09/08/2020

We understand your frustration but New Era Relocation is not a broker we are in fact a moving carrier. Looking at your paperwork it doesn't state the company name ****** Family serviced your move. Now with that being said we do use workers from our sister companies all the time and one of them may work for both companies. What it does look like you did have more items on the inventory sheets you signed off to as well, and if you look in the estimate you signed it does states our price is based of an accurate description of all items and service needed. We also were able to get a discount of $315 dollars off your balance. No one held your items hostage as you agreed to the price when the movers were there to pick you up. You were delivered on 07/28/2020, which is only 12 days after pickup. We understand you did have some damages and we are still here to help you through the claims process and will answer any questions you have during that process. Please keep in mind once you file your claim it can take up to 120 days for them to respond, but we are here to give you updates whenever you call. We hope this helps clarify things. Thank you

**Complaint Type:** Problems with Product/Service    **Status:** Answered

08/11/2020

New Era Relocation is in breach of contract and has potentially stolen my items. They have also overcharged for services. I moved on July 13th. The movers arrived in an unmarked van around 6pm to begin loading my things. After loading, they told me that I was over by 150 cubic feet. However, I calculated the exact cubic footage of all of my items via the manufacturer, and I was under my allotted cubic footage. They insisted that I was over. It's now August 10th--nearly a full month later. My items are yet to appear. I have called almost daily, and am often redirected or told my items are "on their way". The estimate they gave for a midwest move was 3 to 14 business days. However, we're now far beyond that. Their contract (attached below) stipulates that arrival occurs between 1 and 21 business days. After today, they will be in breach of contract with no stated recourse. If my items ever do arrive, which I have been told numerous times that they're being loaded or have already shipped--sometimes interchangeably--I will still have to fight with a mover about the actual cubic footage of all of my items, which, again, I have already calculated to be under their estimate. Additionally, from complaints on here, it seems that there are a lot of people with missing items that they've "lost". I have spoken on the phone with ********, *****, and ***** repeatedly over the course of the past month regarding my move (*********), but have been stonewalled on all fronts. I have emailed them my own calculation of the cubic footage of my items, including direct links for all items to their manufacturers and their dimensions, and I have received nothing in response from them. I have not been updated on my own move, and have to call them to receive any information. It is currently August 11th, 2020, and it has been 21 business days since my move. For financials, I paid a $336.35 deposit via direct payment, then was asked to pay $500 in cash in person during pick-up. Those amounts are noted on the bill of lading that their movers gave me. I am only supposed to owe $500 remaining, but was significantly overcharged to about $1280 as a remaining balance.

**Desired Outcome**
I am seeking both a completion of the stated job and a refund for services rendered as New Era Relocation is now in breach of contract. I have been without items for a full month on a move that was sold to me as taking only 3 to 14 business days per their estimates in their contract. Their contract gives a maximum of 21 business days for delivery, with 24 hours' notice on delivery--I am yet to receive notice of delivery, so I am left to assume that they are now in breach of contract. As such, I am requesting that New Era Relocation waives the remaining $500 of the contract as I have been significantly inconvenienced by their breach of contract.



**New Era Relocation Response**                          09/04/2020

We understand your frustration but no one stole your items. You did get delivered on 08/15/2020, which yes was 4 days after the 21 business days, but the movers did take $100 off for the inconvenience. Please understand with Covid-19 a lot of things have been changed to help with the spread of it. We have taken a lot of things into consideration with peoples safety. This unfortunately has turned into some delivery delays but did offer money back for the inconvenience. As far as the overages in Cubic Feet we can only go by what the customer provides and if there are any changes in any way. It is my understanding that a representative went over your paperwork and everything looked correct and you did have either more inventory or needed more services than what was described to us at booking and quality assurance call. We also went over your situation with the police officer you called the officer understood everything and said he didn't see any issues with your move. We are still here to help the customer in anyway if there are any damages or missing items. Please reach out to customer service. Thank you

---

**Complaint Type:** Delivery Issues      **Status:** Answered

08/10/2020

I am missing several boxes of my items and a very large ARMOIRE. Several items are damaged. They won't return calls and I am extremely upset. I had a move scheduled from **********, VA to ********** WI. The movers arrived at my home in **********, VA on June 24th at 9am and they didn't finish till 9pm. The movers were very polite, but they did not speak English, which made it difficult to communicate with them. They arrived in a 26' Penske truck which was completely full, in fact my very large heavy mattress was the last item to go in and it barely made it in, and i did have to leave some storage containers behind that would not fit. I waited for 21 days for my items to arrive, in the mean time I called asking where my items were, and it was then that I found out that my items were unloaded in a warehouse and sat there until another move came along and that my things were now going to share a semi with someone else's things. so then my items were reloaded onto a semi truck and then when they arrived in Wisconsin or ******* or who knows where my items were once again unloaded and reloaded onto another 26' Penske truck and deliver to my home. The problem then was that when they opened the truck it was only 3/4 of the way full, at that point I knew there was a problem, so I called to speak with someone only to get a voicemail then the mover contacted his boss (who was very rude) and he was like "everything in the warehouse was loaded for your delivery" and I said I don't think so as several boxes are missing including a very large box of lamps and an antique stool, an antique embroidered stool and a very LARGE ARMOIRE! I have tried calling only to leave messages and no return calls. They sent me something to file a claim but never heard anything back after the claim was filed. I fell as though this is just a nightmare of a company and I still don't have my items back and nobody can tell me where they are. My original quote was $3500 and then the price suddenly soared to a whopping $6500.

**Desired Outcome**
I want my missing items found and delivered to me, or I want monetary compensation for all missing items



**New Era Relocation Response**  09/04/2020

We understand your frustration and we never want to hear that there was any missing items. As far as your items going to the warehouse, we do this with every move. This is how we are able to give the size discounts we can because the deliveries end up being shared deliveries. We do have a claims department that once you file the claim the claims department has 180 days from that day to respond to the claim. Our customer service team is here to help with any updates you need during the claims process. You can email or call customer service to ask for an update. Please call customer service if you have any further questions. Thank you

---

**Complaint Type:** Problems with Product/Service    **Status:** Answered

08/08/2020

New Era Relocation failed to pick-up my household goods per our binding estimate and is refusing to refund my deposit I booked with New Era Relocation on 7/10/20 to move household goods from ******, AZ to ********, MD. I paid the deposit and New Era in two installments totalling $839.42. They bininding estimate was for pick-up from ******, AZ with a pick-up window from 08/05/20 to 08/06/20 with delivery to ********, MD. New Era did not arrive to pick-up my goods within the two-day window per agreement. Further, they are now refusing to refund my deposit. They have sent me a "refund release" which stipulates that they will refund my deposit only if I waive all rights to complain to the DOT, BBB, and or seek legal counsel. Further, they are stating that they have 30 days to refund my deposit despite no language in our contract that states this. I have tried to resolve this directly with the business via phone and email with no resolution.

**Desired Outcome**
I would like the deposit of $839.42 refunded via original payment method.



**New Era Relocation Response**                                     08/11/2020

Hello, As stated in the emails you have received and the conversations you have had with ***** we have stated we are willing to refund you but it is our lawyers that have stated we must have a release signed before we can issue any refund. We are 100% willing to refund you once that release is signed. We can offer to change the 30 days to one week after signing if that will help speed along this process. Please let ***** know if you are willing to sign and we will make that change for you. Thank you

**Customer Response**                                               08/11/2020

I will not sign a "release" to receive my refund. You broke the contract by not showing up on the agreed move dates. You owe me a full refund. Refund my deposit immediately to prevent legal action.



**New Era Relocation Response**                                     08/11/2020

Hello , I understand you are frustrated with what has happened but this is just an estimate and with Covid-19 and it being long distance moving unfortunately dates can change and it get pushed out. When speaking with our customer service team you did agree to have the movers come out the following day over the phone @1:19pm on 8/6/2020 but then called back in @6:50pm on 8/6/2020 you called back in to cancel. With that being said because you did agree to have the movers come out the following day but then cancelled we could have taken that as a refusal of service but we did not and have agreed to refund you 100%. However, per our company attorney we have to have every refund we process sign a release. If you sign the release we have no problem giving you your refund within 7 days after signing, and with all likely hood we would be able to refund you within 48 hours of signing. We do not want to keep your money in any shape way or form but the release has to be signed. This is the same across the board for everyone. Still willing to change the release to 7 days after signing and refund you in full. Thank you

**Complaint Type:** Problems with Product/Service      **Status:** Answered

07/27/2020

We were overcharged by improper loading of the truck and we had to supply packing materials that should have been provided with the Platinum service. 5/13/2020 $1441.88 deposit by CC Sales Rep **** from ************************ who assigned our job to New Era RelocationReference NO ******** . 6/9/2020 $1833.36 by CC 2nd down payment as inflated our load - ****** 6/12/202 $2984.13 check at pick up 6/16/2020 $2984.13 cash before unloading We were overcharged by improper loading of the truck and we had to supply packing materials that should have been provided with the Platinum service. (More details in attachment.) We ended up paying almost double the original estimate, and the bill of lading when compared with the last estimate, shows a number of discrepancies. An example of this: we were told we would need 100 boxes of various sizes: 10 box small/book, 10 box china dishes; 20 large boxes, 50 boxes medium and 10 more small for a total of 100 boxes. The final bill of lading shows we only had a total of 44 boxes loaded onto the truck and only 5 were listed as large leaving the rest in the small and medium category. We did not add other items but did remove a coat rack, a cross bow, a shoe rack, 1 paper shredder, and the two lamps and sofa table which we were forced to leave behind due to the fact that there was no more room on the truck. Also, many items mentioned in the last estimate were put in boxes and thus were counted twice. These, of course, are not listed on bill of lading as they were in the boxes. We asked about this at the time of the last estimate, but were told we would be refunded if over, and it would be better to be sure they had the right size truck. So how did the final bill of lading come out at 2200 cubic feet when the last estimate that had already been well padded came in at 1974 cu ft. We now believe this was inflated as well based on box count. The final estimate said we had 294 pieces but the bill of lading shows only 135 pieces. That is a difference of 159 items of which 56 would be for boxes and the rest for items that were put in the boxes. We asked for them to put the items from the final bill of lading into their system they use in determining cu ft. needed but they refused. The second reason we know we were overcharged is that a full truck left NH and only 3/4 of a truck load arrived in NC on the same truck. This shows that the truck was not loaded properly and thus items had to be left behind as they couldn't fit. Somewhere along the way, they repacked the truck and made room at the back in order to put someone else's belongings on the truck. Then, they delivered them before coming and dropping off our stuff. We asked personnel, all the way up to their GM, to check where the truck went before ours was delivered and what that cf was. The loaders, when at our home, admitted they had dropped stuff off in route to our home. But that information wasn't available. The other major issue we want to note is poor communication on the part of the moving company. We were told different things by different people along the process which left a big trust issue and a lot of emotional distress. We have given the company many opportunities to address our concerns. After getting nowhere with customer service and getting them to understand the logistics regarding the six feet of extra cubic footage at the back of the truck, we talked to the GM. We had to talk to the GM because customer service said our stuff was taken to warehouse, put on semi and then onto another truck that came to our place in NC. In NH we took pictures of truck and plate and it was the same truck that arrived here in NC. The GM looked at routing and agreed it was the same truck. He asked for a couple of days to check with owner, check on the loading and said he wanted to earn our trust back. However, we never heard back from him. We waited another two weeks and again called the GM. He couldn't remember our previous conversation, and couldn't find his notes. I recapped for him what I have already mentioned above. To be continued in supporting documents.

**Desired Outcome**
Our contention is that we should be reimbursed for that cubic footage not used, for replacement costs for the items we had to leave behind, as well as damage done to our former home, also to our current place of residence and broken items. We are filing a damage claim but not sure we will get anything back. We would also like the company to commit to training their workers to reach the standards they advertise and to be honest and above board with their clients. Also, to respond to customers in a timely fashion.



**New Era Relocation Response**  08/11/2020

New ERA understands the customers frustration , and we are willing to go over the bill of lading and inventory manifest for the customer this information has been requested from our moving team . The customer signed and agreed to an estimate for 1209 cf originally . Quality Assurance is just a courtesy we offer to all of our customers , just to ensure the inventory is correct before the truck arrives . Through Quality Assurance the customer added an extra 765 cf which then took space from another customer scheduled for the same truck on the same route . Once quality Assurance was complete , and the customer agreed that they wanted the extra inventory to be loaded , and the schedule for the truck was changed to accommodate. The customer had a platinum pack for a 1.00 per cube for 1974 cf . Under the customers instruction , the customer asked for our movers to wrap her belongings in towels , blankets and sheets because she felt the packing material the team used that day would not protect her shipment well enough . We understand that moving can be stressful, we have a full customer service team available along with an emergency line for our customers to call while the move is actually happening . The customer did not contact our team , and also signed and agreed to the bill of lading and the revisions the day the move took place . Customer Service then continued to work with the customer , we offered our assistance in reviewing the paperwork , and also offered the customer compensation just because we valued them . The customer refused to accept the 700.00 we offered . We have also sent the claim information for the reported damages , we suggest that if the customer does not agree with the bill of lading , inventory manifest , or the packing charges to dispute this through a claim department . The claim takes 120 days to fully process we suggest the customer notify our customer service team once the claim is complete we are still willing to work with the customer to meet a mutual , reasonable understanding .

**Customer Response**  08/12/2020

This response is NOT acceptable. It doesn't address many of the issues we have brought up and they continue to admit no fault. After all we signed the documents. The only thing we are guilty of is believing them and following the advice of those working for them from the Sales Rep, Customer Service (CS), Quality Assurance (QA), GM, and moving team We have been asking them for a long time to take the bill of lading and put it into their system to see what figure we should have been quoted and also to compare it with what ** did. We were told they couldn't do that. They say they are waiting for that information from the moving team. We know that CS has the bill of lading as we were required to email them a copy the day of the move. We were never told that quality assurance was a courtesy. It was part of the process we had to follow and it could only happen a couple of days before the move. We had tried to get CS to change our order weeks before but were told we had to wait until quality assurance called. We weren't the ones that figured out the inventory list as far as how many boxes were needed. We stated exactly what we had and G*** told us this is the figure. Yes, we signed the paper as only two days till the move and we had already invested almost $1500 as a down deposit that wasn't refundable. We, in ignorance, trusted their employee. He admitted that they pad the figures to be sure there is enough room on the truck. Little did we know how over padded he made it. He figured we needed 100 boxes of various sizes which I have quoted in a previous email. Even some of the items that he listed separately were put in boxes. In total they put 44 boxes onto the truck and only 5 were large boxes (G** quoted 20 large). QA said we had 294 pieces on the inventory. However, the truck only loaded 135 pieces and left about a half dozen things behind as they wouldn't fit on the truck. Overestimation of boxes needed and listing items separately that would go in boxes makes up that difference. We did not ask them to use our towels, blankets, and sheets for wrapping and we have addressed this issue with customer service. The boss M** asked if they could pack in our totes (They didn't have enough boxes with them- so it appears even they knew we wouldn't need 100.) We went downstairs and found them wrapping our things with a tote of sheets we had set aside for Goodwill and put under a stair well and told those didn't go. At that point we said if you need to use our materials as packing, please use the ones we are taking with us and not the ones we are leaving here to give away. They did not bring any packing materials to wrap breakables like dishes, knick knacks, etc in. But it appears this is the story they are telling customer service and CS choose to believe the workers (who could lose their jobs) over us. CS is also mixing up comments. The comment about not packing our stuff carefully was made by us to customer service regarding how we saw the movers tossing things in boxes and putting breakables on the bottom. At that point without saying a word to the packers, we got our own bubble wrap and other materials and boxes and wrapped up 4 boxes of our valuables. The boss of the move M*** walked through the house. He did not as the paper mentioned adjust our quote. He said he waits and sees what is on the truck and then bills

accordingly. We expected to see empty space. We were not presented with the bill of lading until everything was on the truck. M*** kept us busy with paper work while the loaders tried to get our table on an already (according to them) full truck. They told us they were on their way to another job. We thought perhaps they were picking up another rental truck, but it appears that after they left our place they repacked our load and had 6 feet of empty space all across the back which they filled with another client's goods. No, we didn't call their hotline and it wouldn't have made any difference as we had to try it later (and have also seen comments of people who tried the day of) and got no response. As I have mentioned in earlier for the most part correspondence CS or the GM doesn't respond to messages as promised or in the time frame promised. Besides if we didn't pay what would the driver do - dump all our stuff in the yard or take off and put it in storage and hold it hostage? We truly believed the truck was full - so guilty again of trusting that the truck was packed tightly and this is what we owed. When the workers dropped off our stuff they admitted to having made a delivery prior to ours. We asked CS to check how much was dropped off on that delivery - but no, they don't have access to that information. So two families paid for the same space on the truck. All we can think of is that the truck was packed with lots of space in the middle where we couldn't see. Oh, it would have been worth it to hire someone to watch the truck being packed and take photos/video of the process. In hindsight, we see the original quote by R*** was probably more accurate and even though we added some items we took off major ones like a riding lawn mower, treadmill, freezer, a car seat, and a night stand. Again the number and size of boxes made a significant difference. We even tried to get customer service to tell us the size of the different boxes ahead of time so we could have a better estimate and they said they didn't have that information and R** and G** with their vast experience assured us this is what you will need. As to reviewing the paper work with us, that has not happened. We have shown them the discrepancies. They told us because we signed the second estimate that we have to pay for that space even if we didn't use it. G** of QA told us better to be over and we would be refunded if we didn't use it all. Our first communication when customer service called after our move was that they wanted to make things right so we wouldn't file a bad review. They offered us $500 and then upped it to $750 - not because they valued us but to make sure we wouldn't file a bad review. We felt that wasn't sufficient compensation for their overcharging on space and not bringing packing materials. We were put through to the GM who was going to talk to the owner - but his suggestion was take the money and run. We never heard back from the GM so tried several times before getting him - he also doesn't return calls. He told us at that point to give him a couple of hours and to call head of customer service and they would have an answer for us. We tried at that time and throughout that day and the following days. We even left a voice mail that they were leaving us no choice but to report them. We even sent them a copy of the complaint we filed with BBB. After the complaint was filed they finally called us and we were told they would talk to finance and see what they could offer us and get back to us that afternoon. Again we told them of the issues. The following week we heard back by email. After speaking to finance we have collectively come to the conclusion that we can not offer you any type of compensation. I do understand that this can be frustrating but after looking at all the paperwork, everything was correct and this job was serviced accordingly. If you haveany other questions or concerns please let me know. Our response to them: (We are still waiting to hear back.) We would like to know what paperwork you looked at as the paperwork we have especially the bill of lading is inconsistent with what we were charged. We would like to know the process and documentation you used to come to your conclusion. Also, who is the "we collectively" that came to that conclusion? We really can't trust what anyone there says as people have consistently gone back on their word, so that is why it is important to actually have the facts of how you conducted your research. It does appear that the customer's research was not considered or believed. We have been honest and above board with you throughout the entire process. We will be expecting a response to this email. Yes, we do have a complaint form. We were told to take our time filling it out for damage done to property on both ends as well as damage to items. We are still unpacking and taking pictures to document our claims before filing. We were never told that we could dispute the bill of lading, inventory manifest, or packing charges on this form. It is unclear why they state once we file with complaint department we should notify the CS team as the CS team has not helped us resolve the issue. New ERA also states they are still willing to work with us to meet a mutual understanding. In their comments above New ERA states they will not offer us any compensation. We can notify them if we have any other concerns or issues. So what they are telling you and what they are telling us appears to be two differe

Case 2:20-cv-06288-HG-JMW   Document 1-6   Filed 12/29/20   Page 13 of 15 PageID #: 121



**New Era Relocation Response**  09/14/2020

We did a call *****. Walked through *****'s issues line by line and New Era Relocation came to the agreement to refund her $1000.00 to resolve any issues and to assist her with her remaining claim forms that she does need. ***** agreed to this and all parties are happy. (The consumer indicated he/she DID NOT accept the response from the business.) First, New Era Relocation did call on September 8th, but did not walk through our issues line by line. Yes, we agreed to take their payoff, but S** neglected to tell us all the things we had to sign off on to get the money. Yes, they agreed to send the documents that we needed to file insurance, but as of today we have not received them. Once we sign their non disclosure agreement, and give up our all our rights, there is no reason for them to follow through on providing the documents that we need for insurance and our 3 months for claiming insurance is almost up. We emailed them to let them know that we would not be signing anything until they fulfilled their commitments, because otherwise we wouldn't get the paperwork we needed. This decision is based on our previous interaction with the company.

---

**Complaint Type:** Delivery Issues     **Status:** Answered

07/14/2020

No one will answer the phone or respond to emails in order for me to file a damages claim. I had a delivery on Sunday and there was damage to my furniture. I have emailed and called and left messages several times. No one answers the phone or responds to emails or messages. I need to file a claim.

**Desired Outcome**
I want to file a a damages claim per the contract



**New Era Relocation Response**  08/11/2020

We understands the customer frustration with the move and having damages. This is something we never like to hear about but this is why we have insurance and what the claims process is for. With that being said we did send the customer all the claims information to file for any damages but it can take up to 120 days for a claim to process. We also did give the customer a partial refund. That refund was done on 07/27/2020 We are still here to help the customer with the claims process and if they wish to call in and ask for updates we have no problem getting them updates. Thank you

---

**Complaint Type:** Advertising/Sales Issues     **Status:** Answered

Case 2:20-cv-06288-HG-JMW   Document 1-6   Filed 12/29/20   Page 14 of 15 PageID #: 122

07/11/2020

This company should be researched for Deceptive Trade Practices. "I am hoping to expose/report moving company New Era Relocation - Business DOT #*******; MC #: ******* for Fraudulent and Deceptive Business Practices. New Era Relocation provided us with a estimated written quote via email on 5/4 in the amount of $5,881.14 for our move from ********, OR to *********** FL. They had required us to remit a $1,881.14 "good faith" down payment which was defrayed via credit card the same day. The estimate was binding in terms of the estimated "cubic volume" assumed in the agreement for 973cf for a total of 41 items and 109 pieces. All dimensions and items were measured and confirmed via phone conversation before the pickup on June 8th and there were no changes to our estimate. When the movers arrived on June 11th, they packaged and loaded all our items onto a 26-foot straight truck and then told us that we had occupied 1,700 Cubic Feet in volume and thereby changed the pricing to $10,900 after the items were fully loaded onto the truck. Since we were closing on our property on June 12th, we had no choice but to continue to allow them to handle our move and were forced to present them with a cashier's check for $5,235 and the remaining balance to be paid on delivery with a contract stating the shipment would take 7-21 days. After several attempts to contact New Era during the allotted period, they finally confirmed the items were picked up from ******* on June 22nd and that we would receive shipment in 7-8 days. On June 30th, we learned that the items would be available for delivery on July 2nd (day 22), but there would be an additional charge of $900 for having to unload our items from a 53' semi truck onto a 26' straight truck. They also said there was an additional $75 fee since they had to use our elevators. When we mentioned that we wouldn't be paying for their failure to properly plan the move according to their estimate (we provided the address to them prior to their pickup in Oregon on June 11th), they mentioned that they would HOLD OUR ITEMS IN STORAGE UNTIL WE PAID THEM IN FULL AND WOULD TAKE POSSESSION OF OUR ITEMS UNLESS FULL PAYMENT WAS RECEIVED IN CASH AT THE ARRIVAL. The movers were accommodated with an air conditioned loading bay, full access to our service elevator and a short 40 foot walk from the elevator to our unit. The movers even commented that the move was far easier than was their normally accustomed to. Upon examination of our items, we noticed that several items were damaged, destroyed and missing. I am currently submitting a copy of this complaint, as well as the items that have been damaged directly to them. This type of DECEPTIVE BUSINESS PRACTICE needs to be exposed and alerted to the general consumer for several Fraud and considerable "Bait and Switch" examples. Their method for conducting business should not be legal and their reputation will be banished through all social media outlets that I can find. After all was settled our $5,881.14 ended up costing $11,935.00 Please contact me should you need further information.

**Desired Outcome**
I am seeking reparations in the amount of $6,052.86 which is the difference of what was quoted in our estimate and assumed based on extensive photos, dimensions and verified lists of items scheduled to be moved. I am not an expert at moving and trusted the experience of a "Professional Moving Company" to ensure appropriate estimated charges. The fact that our "actual" and finalized bill came to DOUBLE of what was estimated and there were no additions to our listed items that were moved proves that New Era Relocation is using deceptive business practices to blackmail individuals once your possessions are loaded onto their trucks.



**New Era Relocation Response**  07/31/2020

Hello, New Era Relocation understands your frustration but if you look at the contract **** signed it states if you have more items and inventory your price can change but you are locked in the price per cubic foot, which was $5.50 per cf. You also had a full packing service @ $1.00 per cf as well so when ****'s cubic footage went up so did the packing cost. The movers can't move more items for the same price as it is taking up more space that could have been used for another customer. Looking over the contract that **** signed at pickup he indeed had more items then expressed during the original booking and Quality Assurance call. We offer a quality assurance call a few days before the movers arrive to ensure the inventory is accurate and so there will be no surprises. New Era Relocation did this call on 06/08/2020, 2 days before pickup, and at that time **** took a few items off and replaced them with some others. Our Quality Assurance Manager did go over everything with **** in detail and explained what would happen if he added more inventory when the movers arrived. **** understood and no major adjustments were made. Now when the movers got there **** did in fact add more items then expressed to my representatives so his price went up. No one at New Era forced **** to sign the contract he could have refused and sent the movers away at any time he did not agree with the price. New Era Relocation does not hide anything in our contracts and our representatives do not leave items off on purpose or mislead the customer in any way. We explain everything in our contract with very good detail. Now with that being said if there are damages to any items **** can file a claim for all damages and get reimbursed for those damages no problem. We did send **** the claims information and will check in on the status of his claims. It does take up to 90 days from the date the claim was filed for it to be processed. We are still here willing to help **** through the claims process and any other concerns he may have. Thank you

---

**Complaint Type:** Delivery Issues    **Status:** Answered

06/16/2020

This company was hired to move our home items from FL to Texas. It is now my understanding that this is a brokerage firm that hires movers. We were advised and per our contract that our items would arrive in 21 days. Too date we have not received our items and all companies involved have become unresponsive. After giving us multiple delivery dates and not following up. New Era Relocation obtained a deposit.

**Desired Outcome**
We would like all of our items delivered per the contract, and to be contacted by the company. If there is an issue with our items, then the company needs to notify us immediately to advise if other steps are needed.



**New Era Relocation Response**  07/07/2020

****** has been delivered within the 30 business days allotted per the DOT delivery spread and she did receive a $200 discount from the movers to help with any delivery concerns. We have been in communication through email during the entire process of her move. With Covid-19 deliveries have been delayed and we wish we could make deliveries happen as soon as the customer wished but she was delivered in her time frame and still received a $200 discount. We are still here help ****** in anyway with any questions she may have now that she has been delivered. Thank you

---

© 2020, International Association of Better Business Bureaus, Inc., separately incorporated Better Business Bureau organizations in the US, Canada and Mexico and BBB Institute for Marketplace Trust, Inc. All rights reserved. *In Canada, trademark(s) of the International Association of Better Business Bureaus, used under License.