# Exhibit G

**INTERSTATE BILL OF LADING CONTRACT and ORDER FOR SERVICE**

US DOT: 3871822
ICC/MG: 1081104
Van #: 9001
BOL #: EQ3367211

New ERA Relocations
111 N 3RD Street
Smithfield NC 27577

Foreman: Thomas Galczynski
201-273-1063

Pick Up Date: 7/31/2020

### ORIGIN
- NAME: Jerry Spinner
- ADDRESS: 1612 Jekyll Lane
- CITY/STATE/ZIP: Waxhaw NC 28173
- PHONE: 203-298-2929
- Agent name: Ryan

### DESTINATION
- NAME: Jerry Spinner
- ADDRESS: Storage TBD
- CITY/STATE/ZIP: Setauket NY 11733
- PHONE: 203 298 2929
- Alt Phone: 904-261-1581

Customer's signature: [signed]  Date: 7/31/20

**TOTAL ESTIMATED CHARGES:** $14423.34

**SPECIAL SERVICES:**
- [x] SPACE RESERVATION 4200 Cu. Ft.

### CUBIC FEET CHARGES:
- Base: 3200 cu ft @ $3.30 per cu ft = $10560
- Additional: 1000 cu ft @ $3.30 per cu ft = $3300

### PACKING MATERIALS AND LABOR:
- Full Packing Service: 10 $1 pen ct = $4200
- Other: Safe Ad 1451 = $612

### OTHER SERVICES:
- Fuel surcharge: 90.009 = $1247
- Misc Bulky Item: = $420
- Other: Priority Route Dist = $1000

### STORAGE CHARGES:
- Other: Automaton Deposit = $4197

### SUMMARY OF CHARGES:
- GRAND TOTAL: $15042
- PARTIAL PAYMENT: $4500
- BALANCE DUE: $10542

Customer's signature: [signed] 7/3/20
Moving company representative signature: [signed] 7/3/20
Customer's signature of delivery: [signed] 1/3/20