# Exhibit H

 Gmail

J. Arlen Spinner <retjcc@gmail.com>

# RR3367211
21 messages

---

**J. Arlen Spinner** <retjcc@gmail.com>  Fri, Dec 4, 2020 at 4:57 PM
To: Sammi G <sammi@newerarelollc.com>
Bcc: "J. Arlen Spinner" <retjcc@gmail.com>

Re: RR3367211

Good afternoon Sam,

We have closed on the purchase of our new home as of today and we are prepared for delivery any time starting December 10, 2020.

I have the necessary funds ready to pay the balance ($4,500.00) as well as the storage fees (50 cents per cubic foot x 3200 cf).

The delivery address is ███████████████████████ 11779, which is a single family residence.

Please let me know of the dispatch status as well as an approximate date when delivery can be expected.

Enjoy your weekend.

Yours respectfully

Jeffrey Arlen Spinner

---

**Sammi G** <sammi@newerarelollc.com>  Mon, Dec 7, 2020 at 4:13 PM
To: "J. Arlen Spinner" <retjcc@gmail.com>

Hello Jeffrey

I have updated your delivery address and let the movers know you are ready for delivery. Delivery can take up to 14 business days from your Frist Available Delivery Date which is the 10th of december. When your belongings are loaded you will receive a call to confirm that you are ready for delivery.
[Quoted text hidden]

---

**J. Arlen Spinner** <retjcc@gmail.com>  Mon, Dec 7, 2020 at 7:31 PM
To: Sammi G <sammi@newerarelollc.com>

This should be fine. My cell number is 203-298-2929.
[Quoted text hidden]

---

**Sammi G** <sammi@newerarelollc.com>  Tue, Dec 8, 2020 at 12:04 PM
To: "J. Arlen Spinner" <retjcc@gmail.com>

Great, thanks!
[Quoted text hidden]

---

**J. Arlen Spinner** <retjcc@gmail.com>  Mon, Dec 14, 2020 at 3:02 PM
To: Sammi G <sammi@newerarelollc.com>
Bcc: "J. Arlen Spinner" <retjcc@gmail.com>

Good afternoon,

Any word as to where we are in terms of delivery?

Thanks and enjoy your afternoon.

JAS
[Quoted text hidden]

---

**J. Arlen Spinner** <retjcc@gmail.com>  Mon, Dec 14, 2020 at 3:59 PM
To: Sammi G <sammi@neweraelollc.com>

Please call me today at 203-298-2929 regarding delivery
[Quoted text hidden]

---

**J. Arlen Spinner** <retjcc@gmail.com>  Fri, Dec 18, 2020 at 10:27 AM
To: Sammi G <sammi@neweraelollc.com>
Bcc: "J. Arlen Spinner" <retjcc@gmail.com>

Good morning,

Where do we stand in terms of the delivery of our furniture? Please advise today. Thank you, enjoy your day.

JAS
[Quoted text hidden]

---

**Sammi G** <sammi@neweraelollc.com>  Fri, Dec 18, 2020 at 11:22 AM
To: "J. Arlen Spinner" <retjcc@gmail.com>

Hello Jeffrey

Delivery as of right now is confirmed by the end of the weekend. You will receive a call 24 hours before they carrier shows up for delivery.
[Quoted text hidden]

---

**J. Arlen Spinner** <retjcc@gmail.com>  Fri, Dec 18, 2020 at 11:33 AM
To: Sammi G <sammi@neweraelollc.com>

Ok. Final balance should be around $10,525.00 or thereabouts.
[Quoted text hidden]

---

**J. Arlen Spinner** <retjcc@gmail.com>  Fri, Dec 18, 2020 at 11:36 AM
To: Sammi G <sammi@neweraelollc.com>

Should we expect Saturday or Sunday as a more likely delivery date?
[Quoted text hidden]

---

**J. Arlen Spinner** <retjcc@gmail.com>  Fri, Dec 18, 2020 at 12:18 PM
To: Sammi G <sammi@neweraelollc.com>

Sunday would be far better for the movers in terms of our local weather
[Quoted text hidden]

---

**J. Arlen Spinner** <retjcc@gmail.com>  Sat, Dec 19, 2020 at 8:31 PM
To: Sammi G <sammi@neweraelollc.com>
Bcc: "J. Arlen Spinner" <retjcc@gmail.com>

Dear Sam,

I have only just now (7:40 pm on Saturday night) heard from the movers that they would like to deliver sometime tomorrow. They are also demanding payment of $15,582.00 (in cash) for the move and storage which is clearly and

obviously an incorrect amount.

Since my wife and I had not heard from the movers (and no one in your office responded to our many telephone messages left over the preceding six days), I did not yet withdraw the cash from the bank (it simply is not safe to have that much cash lying about) and unfortunately at this hour I now cannot do so before 9:00 a.m. on Monday morning.

A further complication is that I have certain commitments for legal matters which require my presence in Connecticut on both Monday and Tuesday and it appears that I cannot take delivery until 4:00 p.m. on Tuesday December 22. Unfortunately these are court ordered commitments which require my personal appearance and my wife is unable to take off work on Monday on short notice.

According to our records, which are meticulous, the total balance due for both the move and the storage is $10,542.00. In addition, last week two different people in your office separately and independently advised my wife that the total balance due for both the move and storage was $10,542.00, to be paid in cash or US Postal money order. Finally, I have brought up the matter of the balance due on numerous occasions in many emails and telephone calls and have been led to understand that the balance of $10,542.00 is the correct total amount due.

Your office must straighten all of this out and confirm with the movers that the correct balance due is $10,542.00.

We are now and always have been ready, willing and able to pay the $10,542.00 balance and will be able to do so after 9:00 a.m. on Monday morning.

As an aside, this is the second time that someone has tried to hit us up for an additional $5,000.00 that is absolutely not due and owing. Last time it was an "added delivery fee" which your office agreed was not due and owing.

Please address this matter immediately upon your receipt of this e-mail (which we expect will be on Monday morning) so that we may pay the balance (in cash) and receive delivery of our furniture and personal effects on Tuesday December 22 at 4:00 p.m. We can also receive delivery on Wednesday December 23 at 9:00 a.m. though Tuesday is preferred.

Thank you for your anticipated attention.

Yours respectfully
JEFFREY ARLEN SPINNER, ESQ.
SALLY ABEL SPINNER, ESQ.
SPINNER & SPINNER P.C.
P.O. Box 7
Lake Grove, New York 11755
Tel. (631) 830-9119
Cell (203) 298-2929
[Quoted text hidden]

---

**Sammi G** <sammi@newerarellc.com>                                                      Mon, Dec 21, 2020 at 4:12 PM
To: "J. Arlen Spinner" <retjcc@gmail.com>

Hey Jeff

As we spoke this morning I was waiting to get some answers for you. So based off the paperwork that I received, it looks like you had 4200 CF not 3200. I have attached this below. You are being charged at not .50 per cf but .35 per cubic feet for your storage and you had 3 months of storage with a prorate of a half of a month. Breakdown is as listed below.

Remaining balance owed $10,542.00
3x month storage at rate of .35 for 4200cf =  $4410.00
Prorate of storage half month =  $735.00

Total storage 5145.00

Customer getting charged  $5040.00
[Quoted text hidden]

---

IMG_3690.jpg
283K



**J. Arlen Spinner** <retjcc@gmail.com>  
To: Sammi G <sammi@newerareloillc.com>  
Bcc: "J. Arlen Spinner" <retjcc@gmail.com>

Mon, Dec 21, 2020 at 5:31 PM

Our load simply cannot be 4,200 cubic feet, that is an absolute physical impossibility.

The maximum capacity of that particular 53 foot trailer is no more than 3,240 cubic feet (this is according to the trailer's manufacturer, I contacted them with the trailer VIN that I copied off the plate), if the trailer is filled all the way to the roof and to the back doors. In our case, there was about 1 1/2 to 2 feet of empty space at the back when they shut the trailer doors so my load is probably between 3,000 and 3050 cf. It simply is not possible to put 4,200 cubic feet of anything into a space that only occupies 3,200 cubic feet. Even a simple internet search shows the maximum capacity of a 53 foot box trailer to be no more than 3,289 cubic feet.

I addressed this issue in a very detailed letter that I sent to Max back in early August, after I had researched capacity and had contacted the manufacturer.

The paperwork that you likely reviewed was prepared by Thomas, the driver, without my input. After the trailer was loaded, he told me that my goods were 1,000 cubic feet more than the estimate of 3,200 cf, he gave me no proof of this, refused to tell me how he came up with this number and said there could be no argument, it was his estimate and Gavin (or Garin) was wrong. He refused to put me in touch with Max though he was apparently speaking with him at the time. At the time, Thomas also demanded that I pay, albeit unsuccessfully, an extra $2,000.00 in cash from me (over and above the $4,500.00 that I had already paid with US Postal Money Orders). His 4,200 cf estimate is not truthful, particularly since it exceeds the trailer's physical capacity by 1,000 cf. This "final" amount violates applicable US DOT regulations as well as various parts of Title 49 of the US Code. Frankly, it also violates a number of Federal and state (NY) criminal statutes as well.

All of this occurred after a two day delay in the movers even showing up (they claimed there was truck trouble) as well as (1) the packing crew not even showing up until 8 pm, (2) only 2 men showing up the next day, (3) Thomas leaving "to get boxes" at Lowe's 4 miles away and being gone for over 4 hours while the other men hung around doing nothing, (4) the crew leaving several closets unpacked because they stopped work, got paid and left at 10 pm, and (5) the crew leaving a mess behind including pizza boxes, trash, empty tape rolls, empty bottles and empty chewing tobacco tins all over the house. This required me to return the next day (instead of leaving for NY as scheduled) to clean up the mess that they left, finish packing the closets that they left undone, pay for removal of the trash that they left behind and finally, to put the closet items into a rented trailer to drive them back north. These "delays" by your employees cost us a substantial amount of money (over $3,500.00) when we were unable to vacate the house as agreed with the buyer (Jen was aware of this at the time and she assured me that we would receive either reimbursement or credit for it, obviously that has not happened).

Once again, when we talked of delivery last time around, Thomas told me that there was a "re-delivery charge" of $4,000.00 (which could only be paid in cash) to take my things from storage and deliver them to my home (this was never disclosed nor discussed and you agreed at the time that it would not be charged).

You should be aware that Thomas did not give me any copies of the Bill of Lading, Inventory or other documents, which is in clear violation of US DOT regulations and Title 49 US Code.

The final estimate of load capacity was prepared by a gentleman whose name, I believe, was Gavin or Garin. While the original estimate was 2300 cf, he went over it with me in detail and I supplied him with about 40 detailed photos which clearly showed all of the furniture, boxes, closet contents etc. He increased it (with my approval) to 3,200 cf and told me that it would fill one trailer. At that time I also paid an additional deposit.

Also, there should be no pro rate of storage for half the month. Several months ago, you advised me that storage fees stopped running as soon as I requested delivery, even if it took a few weeks before delivery. In this case, I requested delivery on December 4 so it should end then.

The load is not more than 3,200 cf and it is probably slightly less. If storage is charged at $0.35/cf then three months would be $3,360.00. If storage is charged at $0.50/cf, then three months would be $4,800.00. Add the storage fee to $4,500.00 (the remaining balance due on the move) and the final balance due is either $7,860.00 or $9,300.00. Even so, I am prepared to pay the amount of $10,542.00 and accept delivery tomorrow at 4:00 p.m.

Please review and confirm.
[Quoted text hidden]

---

**J. Arlen Spinner** <retjcc@gmail.com>  Mon, Dec 21, 2020 at 7:19 PM
To: Sammi G <sammi@newerarelollc.com>

As a follow up to this...I just spoke with my wife. She spoke with Jessica last week who confirmed that the balance for the move itself is $4,500.00 plus storage at $1,600.00 per month for three months (3200 cf @ $0.50/cf).
[Quoted text hidden]

---

**J. Arlen Spinner** <retjcc@gmail.com>  Tue, Dec 22, 2020 at 10:55 AM
To: Sammi G <sammi@newerarelollc.com>

What is going on with this? Please let me know ASAP
[Quoted text hidden]

---

**J. Arlen Spinner** <retjcc@gmail.com>  Tue, Dec 22, 2020 at 2:33 PM
To: Sammi G <sammi@newerarelollc.com>

I've still not heard back from you so I presume delivery will be tomorrow morning after 9.30 am
[Quoted text hidden]

---

**J. Arlen Spinner** <retjcc@gmail.com>  Tue, Dec 22, 2020 at 2:46 PM
To: Sammi G <sammi@newerarelollc.com>
Bcc: "J. Arlen Spinner" <retjcc@gmail.com>

Dear Sammi,,

Our furniture and goods totalled no more than 3200 cf, confirmed by Jessica among others. The storage charges were based upon 3200 cf and the trailer's maximum capacity was 3280 cf, as confirmed by the trailer's manufacturer, using the VIN. Also, Gavin (or Garin) confirmed, after reviewing scores of photos and a full inventory, that a 53 foot 3200 cf trailer would be sufficient.

We are prepared to pay the total balance due of $10,542.00 upon delivery. At this point in time, we expect this to be confirmed with delivery at 9:30 a.m. tomorrow.

Please be reminded that the failure of the driver at pick up to provide a Bill of Lading violates DOT regulations. Furthermore, the claim that our items occupy 4200 cf is not only erroneous but could be seen as both fraudulent and criminal.
[Quoted text hidden]

---

**Sammi G** <sammi@newerarelollc.com>  Wed, Dec 23, 2020 at 2:32 PM
To: "J. Arlen Spinner" <retjcc@gmail.com>

Hello Jeffrey

Unfortunately The GM of the mover is not available until monday. Worst case if the movers were wrong they can write you a check. But seeing that you signed for the estimate I really cant fight this by myself and I need a few pieces of information from the foreman. Our offices will be closed tomorrow through the 27th. If you need any assistance on pick up please call 941-417-4827. I really want to get this squared away for you I just need to go through the process correctly.

12/24/2020, Gmail - RR3367211
Case 2:20-cv-06288-HG-JMW   Document 1-8   Filed 12/29/20   Page 7 of 7 PageID #: 132
[Quoted text hidden]

---

**J. Arlen Spinner** <retjcc@gmail.com>  
To: Sammi G <sammi@newerarelollc.com>  
Bcc: "J. Arlen Spinner" <retjcc@gmail.com>

Wed, Dec 23, 2020 at 3:20 PM

Sammi,

I am not sure that I understand what you mean by saying that I "signed for it." I certainly did e-sign the 2,300 cubic foot estimate from Ryan (on July 17, I believe) and, on July 29, I e-signef the 3,200 cubic foot revised estimate from Garin Combs (which was created only after his review of the written inventory together with detailed photographs of each room, each closet and each piece of furniture). The document that you sent to me a few days ago does not have my signature on it anywhere that I can see. It does, however, appear to contain a full inventory of my property.

However, as I have explained on a number of occasions, according to Wabash, the interior volume of the 53 foot trailer that was used here, as identified by its unique VIN, does not exceed 3,289 cubic feet. Moreover, the trailer was not quite full (there was between 1.5 and 2 feet of space at the rear) and so any claim or assertion that my goods occupy 4,200 cubic feet is absolutely false and fraudulent.

As your driver should also be able to tell you, I did not, at any time, agree that the load was anything greater than 3,200 cubic feet and we had quite an argument about it at the time.

Furthermore, I never received a Bill of Lading or Inventory at pickup which, as we both know, is a clear violation of DOT regulations (I was told that no copies were available at the time, only the original, which had to remain with the truck).

As near as I can understand, what you are saying is that in order to receive delivery of my goods which occupy 3,200 cubic feet, I must pay the tariff for 4,200 cubic feet and then wait to see if I will obtain a refund. If I do not pay the additional $5,000.00, then you will hold my property and refuse to deliver, correct?

What assurance do I have that my property is safe and undamaged? Despite many inquiries, no one has been willing to provide me with the location of my property and I have been led to understand that it may be in North Carolina, New Jersey or New York.

It would seem that it is rather late to begin the delivery process today as it is already well past 3:00 p.m. but I am at a loss as to where to go from here. This whole business amounts to nothing more than your company holding my property for ransom, which implicates both criminal and civil liability, both against New Era as well as Max Karimov and others. These actions constitute conversion as well as the criminal offenses of coercion and extortion.

Max Karimov, your principal, really needs to get involved. I have left messages for him but have not received a call back.

Assuming for the sake of argument that I am willing to pay the $15,000.00 that you are demanding (which would be paid under protest with a reservation of all of my rights), when can I realistically expect delivery? Will this now be put over into next week? I am guessing that they will not deliver tomorrow or through the weekend because of the Christmas holiday.

Please advise.  
[Quoted text hidden]

---

**J. Arlen Spinner** <retjcc@gmail.com>  
To: Sammi G <sammi@newerarelollc.com>  
Bcc: "J. Arlen Spinner" <retjcc@gmail.com>

Wed, Dec 23, 2020 at 4:15 PM

Sammi,

Please call me at 203-298-2929 as I would like to get this resolved today. I really do not want to wait until next week.

JAS  
[Quoted text hidden]