# Exhibit I

*Law Offices of*
## SUSAN CHANA LASK

**244 Fifth Avenue, Suite 2369**
**New York, N.Y.  10001**

(917) 300-1958          www.appellate-brief.com

**VIA EMAIL**

December 26, 2020

| | |
|---|---|
| info@newerarelollc.com | ryanf@goldstandardrelocation.com |
| sammi@newerarelollc.com | Gold Standard Relocation |
| garrin@newerarelollc.com | Attn: Ryan F, Logistics Manager |
| jennifer@newerarelollc.com | |
| New Era Relocation | Steven Weiss info@acs123.com |
| 111 N. 3rd St. | All State Corporate Services Corp |
| Smithfield NC 27577 | 2215 Hendrickson Street, Suite 1 |
| Attn: Mede Karimov, President | Brooklyn, NY 11234 |
| | |
| cc: Brett_Sharp@Progressive.com | U.S. Department of Transportation |
| Brett A. Sharp  re Policy# CA1820326 | Federal Motor Carrier Safety Administration |
| Progressive Group of Insurance Companies | 1200 New Jersey Avenue SE |
| 1616 E Millbrook Rd, Suite 300 | Washington, DC 20590 |
| Raleigh, NC 27609 | |

> Re: 7/17/20 New Era & Gold Standard Carrier Contract with Spinner
>      Contract Ref No.  RR3367211  ; DOT # 3371822

Dear All:

   This office represents Jeffrey Spinner, Esq..  According to your July 17, 2020 "contract", paragraph 16 (**Exhibit A**), I am emailing this notice of your numerous civil violations and criminal conduct regarding my client's property that New Era, Gold Standard are holding hostage unless an additional $5,000 cash is paid to them.   Naturally, your claims must be via email since your physical address listed with the DOT, North Carolina corporate records and other official documents is a corner bodega, not corporate headquarters as required by law (**Exhibit B**).  As well, every person and entity named above will be named in a Federal lawsuit, likely a class action, as further detailed below.

   First, New Era's corporate filing by Steven Weiss of AllState in Brooklyn, as your organizer, is false and fraudulent as Mr. Weiss certifies to that false address as a "principal office", when it is not (**Exhibit C**).   Hence, Mr. Weiss and Allstate will also be named in a federal lawsuit.  That fake address is also listed on your website to deceive consumers nationwide as if there is a "principal office" when there is not (https://www.newerarelo.com).  That website should not be

*LAW OFFICES OF SUSAN CHANA LASK*
*Page 2 of 3 –Spinner v New Era et al.*
*12/26/20*

operating and in the least warn consumers that New Era is "**not authorized**" by the DOT to conduct carrier business because it lapsed the requisite insurance as of December 16, 2020 (https://safer.fmcsa.dot.gov/query.asp?searchtype=ANY&query_type=queryCarrierSnapshot&query_param=USDOT&original_query_param=NAME&query_string=3371822&original_query_string=NEW%20ERA%20RELOCATION%20LLC ). Yet you continued to operate your business illegally, without insurance, and in defiance of DOT regulations.

In line with your complete disregard for state and federal laws existing to protect consumers, our investigation further reveals that it is your custom and practice to similarly extort interstate customers out of <u>cash</u> for their property. (https://www.bbb.org/us/nc/smithfield/profile/moving-companies/new-era-relocation-0593-90326232 ). Furthermore, in violation of 49 CFR 375.503(b) you and your agents failed to provide a Bill of Lading and Inventory and then forged a Bill of Lading purporting to be my client's signature when it is not **(Exhibit D)**.

In short, on August 1, 2020, you and your agents provided a 3,200 cubic foot binding estimate and filled a 53' Wabash trailer, with a maximum capacity of 3,321 cubic feet, with my client's property in North Carolina. It was to be delivered on December 22, 2020 in New York State for a final payment of $10,542.00 after my client already paid $4,500 in cash for the move, including storage. By December 19, you and your agents (particularly Sammi G) refused to deliver the property unless my client paid an additional $5,040.00 to the $10,542.00 balance. Your demand for more money was based on your claiming his property was actually 4,200 cubic feet. However, that is a physical impossibility when you loaded it all into a truck that holds 3,240 cubic feet. Be advised that my client took pictures of that load, the Wabash trailer and more at the time. Next, on or about December 23, you and your agents advised that the property was unloaded into a storage facility somewhere in Brooklyn, but you refused to give a location. I am certain the Brooklyn DA and Eastern District of New York Department of Justice will be interested to discover what storage facility in Brooklyn an unlicensed DOT carrier is off-loading New York State residents' property to hold hostage for cash and using an organize from Allstate's Brooklyn office to file its corporate records--which is why I am directing my client to make his criminal complaints to those offices as well.

Considering all of the above, and 49 C.F.R. §370.3, the resulting loss of property is valued at over $100,000, which amount may be further determinable, plus costs, fees and attorney fees are being sought. As well, without a DOT license, you illegally transported and are withholding my client's property for cash in violation of numerous federal and state civil and criminal laws, including felony theft and extortion.

**If you do not disclose the physical location of my client's property by 5 PM today**, then an emergency order to show cause in federal court will be filed against you, Sammi, Garrin, Jennifer, Ryan from Gold Standard. AllState and any and all others involved with New Era and Gold Standard. Accordingly, it would be best if you would comply with providing the physical

*LAW OFFICES OF SUSAN CHANA LASK*
*Page 3 of 3 –Spinner v New Era et al.*
*12/26/20*

address where my client's property is and permit his licensed DOT carrier to pick it up as soon as possible next week.  If I do not hear receive a physical location of the property, a federal action will be filed today with an Emergency Order to Show Cause directing you to release my client's property immediately, as well as other orders and damages will be demanded against all parties, jointly and severally.

    Be advised that since federal law provides that we can name your insurance company as a party then I have copied Progressive Group on this letter.

    **You are directed to communicate with me only by email so no misunderstanding occurs.**  I want everything in writing.  My email for this case is **susanchanalask@gmail.com**.  Do not send hard mail to my office as we are in the middle of a pandemic and only accep email communications.

    Do not communicate with my client again as I am his counsel and I am coordinating communication with the appropriate authorities and offices.

                                             Sincerely,
                                             LAW OFFICES OF SUSAN CHANA LASK

                                             *Susan Chana Lask*

                                             SUSAN CHANA LASK

 J. Arlen Spinner <retjcc@gmail.com>

# Fwd: Your Final Bid
1 message

**Jeffrey Arlen Spinner** <sudya59@gmail.com>  Thu, Aug 6, 2020 at 12:36 PM
To: "J. Arlen Spinner" <retjcc@gmail.com>

---------- Forwarded message ----------
From: **Ryan F** <ryanf@goldstandardrelocation.com>
Date: Fri, Jul 17, 2020, 13:42
Subject: Your Final Bid
To: Jeffrey Arlen Spinner <sudya59@gmail.com>

## NEW ERA

### Binding Moving Estimate          Reference No: RR3367211

| New Era Relocation | Customer Rep: | Ryan |
|---|---|---|
| 111 N 3rd Street | Phone: | |
| Smithfield NC 27577 | Direct: | 904-364-0156 |
| US DOT: 3371822  MC: 1081104 | Fax: | 941-296-7495 |
| | Email: | ryanf@goldstandardrelocation.com |
| | Web: | http://newerarelo.com/ |

| Moving From | Moving To |
|---|---|
| Jeffrey Spinner | Michael Hughes |
| 1612 Jekyll Lane | Storage |
| House / Ground | Storage |
| Waxhaw, NC 28173 | Setauket, NY 11733 |
| Phone: 203-298-2929 | |
| sudya59@gmail.com | |

| Relocation Details | | Relocation Estimate | |
|---|---|---|---|
| Job No: | RR3367211 | Total Tariff | $15790.00 |
| Estimate Date: | 07/17/2020 | Tariff Discount: 41.48% | -$6550.00 |
| Representative: | Ryan | Basic Estimate Price | $9240.00 |
| Move Type: Residential | Long Distance, 687 miles | Fuel Surcharge: 9.00 % | $831.60 |
| Estimated Volume: | 2800 cf. (19600 lbs) | Platinum Pack @1.00 Per Cubic Feet | $2800.00 |
| Estimated Rate: | $3.30 per cf | Bulky Item Fee For Grandfather Clock | $200.00 |
| Move Day: | Friday/Tuesday | 30 Days Of Free Storage And Free Re-Delivery | $0.01 |
| Requested Move Date: | 07/24/2020- | Priority Route Discount-Senior Citizen | -$1100.00 |

| Reference By: | TRUCK | Discount-General Manager Discount | |
|---|---|---|---|
| | | Basic Valuation Protection: $0.60 per lbs. per article | $0.00 |
| Created on: | 07/16/2020 | Total Moving Estimate | $11971.61 |
| | | Customer Payment: | $2971.61 |

**Full Value Protection Amount of Liability: $117,600.00 (Optional)**

| Deductible Levels: | $0 | $250 | $500 | $750 | $1000 | $1500 |
|---|---|---|---|---|---|---|
| Valuation Charge: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Estimate Plus Valuation Charge: | $11971.61 | $11971.61 | $11971.61 | $11971.61 | $11971.61 | $11971.61 |
| Customer's Initials: | x_____ | x_____ | x_____ | x_____ | x_____ | x_____ |

**WARNING:** If a moving company loses or damages your goods, there are 2 different standards for the company's liability based on the types of rates you pay. **BY FEDERAL LAW, THIS FORM MUST CONTAIN A FILLED-IN ESTIMATE OF THE COST OF A MOVE FOR WHICH THE MOVING COMPANY IS LIABLE FOR THE FULL (REPLACEMENT) VALUE OF YOUR GOODS** in the event of loss of, or damage to, the goods. This form may also contain an estimate of the cost of a move in which the moving company is liable for **FAR LESS** than the replacement value of your goods, typically at a lower cost to you. You will select the liability level later, on the bill of lading (contract) for your move. Before selecting a liability level, please read Your Rights and Responsibilities When You Move, and Ready to Move Brochure provided by the moving company, and seek further information at the government website www.protectyourmove.gov

**Understanding Your Estimate**

Customer would like the truck to come in and pack between Friday July 24th Through July 29, he HAS to be out by the 30th. That is his main concern that they can come in and get everything packed up and loaded and be out by the 30th. The Earlier the better please.

This is a binding estimate based on the information that you have provided. New Era Relocation guarantees this price based on your inventory list and services requested. If there are any additional / misrepresented inventory items or additional services requested at the time of pick- up, your price will be adjusted (Based on the company's tariff, applies to additional items / services only). Please note that changes to the inventory list and/or move date can be made up until 3 business days prior to the original move date.

FULL SERVICE RELOCATION INCLUDES:

- Professional Door to Door service.
- Loading and unloading of all items.
- Disassembly, reassembly and placement of all furniture upon delivery.
- Fully quilted padding & wrapping of all furniture (A full / partial packing service is also available, upon request).
- Cargo insurance coverage $0.60 cents per lbs per article (0.00% deductible).
- Taxes & tolls.
- Fuel surcharges, mileage and transportation fees.

- Transportation with late model air-ride suspension trucks.
- 30 days of FREE climate controlled storage in our secured storage facility.

FULL SERVICE RELOCATION DOES NOT INCLUDE:

- First flight of stairs is free, each additional flight is $75.00. (A flight is up to 12 steps).
- Long carry – first 75 feet are free, each additional 75 feet will be charged $75.00.
- Shuttle service – $1.00 per cube $350 minimum charge. if a semi-trailer cannot get reasonably close to a building or a house for unloading, a shuttle truck will be used at a rate determined based on the truck size and destination city.
- Packing and crating services not listed within this estimate.
- Packing supplies not listed within this estimate.
- Extra storage - any additional month will be charged $0.50 - $0.75 per CF.

PAYMENT METHODS:

- 70% of remaining balance upon pick-up with: personal check (unless it's a direct delivery), cashier's check, money order, or cash.
- 30% of remaining balance upon delivery prior to unloading by cash or postal money order only.
- By providing charge information for a deposit, it is implied the client agrees to the terms and conditions of the binding estimate.
- By agreeing to this binding estimate, the client waives the right to an on sight estimate.

SAFETY REGULATIONS AND PRECAUTIONS:

- Unless noted differently on the order for service, all customers are responsible for packing their own boxes and any fragile items they are transporting (glass, mirrors, marble, electronics, etc.) appropriately.
- For health and sanitary reasons, all mattresses, box springs and futon pads must be properly protected in either a mattress box or a plastic cover
- By law, personal effects in plastic bags are not allowed on the truck. No live plants / animals

DELIVERY WINDOWS:

- All Long Distance delivery services are made on a fluctuating basis, with an arrival time ranging between 1 to 21 business days from your first date of availability (The 1st date which you provided to your movers when you would be available to accept Delivery). From that date, we will be in the process of actively planning your delivery.
- Average delivery times are: 1-10 business days within the same coast, 3-14 business days East coast – Midwest and 7-21 business days for cross country (coast to coast) or remote location deliveries.
- You will be contacted by our dispatch department between 72 to 24 hours prior to your pick-up date, to confirm their time of arrival. The driver will be contacting you 12-24 hours in advance of his arrival
- The charge for storage handling is $0.75 per cubic foot per storage entry, the charge for storage rent is $0.50 - $0.75 per cubic foot per month. All estimated time of arrivals are subject to change depending on many industry factors such as traffic, weather conditions, unforeseen mechanical problems or unexpected delays with prior deliveries scheduled before you. Note: We will not discount any account due to any delays listed above. Our company will keep the customer informed verbally with a new / revised ETA (Estimated Time of Arrival) depending on company schedule.

ADDITIONAL INSURANCE:

New Era Relocation LLC does not provide full value protection, any additional insurance can be provided through a fully licensed third party insurance company up until 3 business days prior to the original move date

Read about your Rights & Responsibilities when you move.
Read about Ready to Move when you move.

TERMS AND CONDITIONS:

1. THE PROVISIONS OF THIS AGREEMENT, INCLUDING THE TERMS AND CONDITIONS CONTAINED HEREIN, REPRESENTS THE ENTIRE-UNDERSTANDING AND AGREEMENT BETWEEN NEW ERA RELOCATION LLC, (HEREAFTER NEW ERA RELOCATION) AND CUSTOMER WITH RESPECT TO THE SUBJECT MATTER HEREOF AND SUPERSEDES ALL OTHER NEGOTIATIONS, UNDERSTANDINGS AND REPRESENTATIONS (IF ANY) MADE BY AND BETWEEN SUCH PARTIES, INCLUDING ANY REPRESENTATIONS MADE BY ANY ESTIMATOR. IN THE EVENT OF ANY CONFLICT BETWEEN THE TERMS OF ANY ESTIMATE AND THE BILL OF LADING, THE TERMS OF THE BILL OF LADING SHALL CONTROL. THIS AGREEMENT MAY NOT BE AMENDED, SUPPLEMENTED OR WAIVED ORALLY, BUT ONLY IN WRITING,

SIGNED BY BOTH NEW ERA RELOCATION LLC. AND CUSTOMER AND MAKING SPECIFIC REFERENCE TO THIS AGREEMENT.

2. CUSTOMER MAY NOT ASSIGN ITS RIGHTS OR OBLIGATIONS UNDER THIS AGREEMENT WITHOUT THE PRIOR WRITTEN CONSENT OF NEW ERA RELOCATION LLC.

3. NOTHING IN THIS AGREEMENT, WHETHER EXPRESSED OR IMPLIED, IS INTENDED TO CONFER ANY RIGHTS OR REMEDIES ON ANY PERSON OTHER THAN THE PARTIES HERETO AND THEIR RESPECTIVE LEGAL REPRESENTATIVES, HEIRS AND PERMITTED ASSIGNS, NOR IS ANYTHING IN THIS AGREEMENT INTENDED TO RELIEVE OR DISCHARGE THE OBLIGATION OR LIABILITY OF ANY THIRD PERSON TO ANY PARTY TO THIS AGREEMENT, NOR SHALL ANY PROVISION GIVE ANY THIRD PERSON ANY RIGHT OF SUBJUGATION OR ACTION OVER OR AGAINST ANY PARTY TO THIS AGREEMENT.

4. CUSTOMER WILL BE SUBJECT TO ALL APPLICABLE LAWS AND THE GENERAL TERMS AND CONDITIONS OF THE CARRIER, WHICH SHALL INCLUDE WITHOUT LIMITATION, A REQUIREMENT THAT PAYMENT IN FULL OF ALL CHARGES IS DUE BEFORE UNLOADING OF THE GOODS IN ACCORDANCE WITH THE CARRIER'S LAWFUL LIEN ON THE PROPERTY.

5. AS THE CUSTOMER, I AGREE TO PAY THE TOTAL CHARGES FOR THE MOVING COORDINATOR SERVICES TO BE PROVIDED BY NEW ERA RELOCATION LLC IN THE FORM OF THE MOVING DEPOSIT (UP TO 30% OF TOTAL MOVING COSTS AND THAT THE PAYMENT MAY SHOW UP ON THE CUSTOMERS STATEMENT AS RELOCATE US). I UNDERSTAND AND AGREE THAT MY PAYMENT/FEE REPRESENTS ONLY A PORTION OF MY TOTAL ESTIMATED SERVICE CHARGES, FOR SCHEDULING AND ROUTING PURPOSES. MY PAYMENT/FEE IS NON REFUNDABLE AFTER PLACING THE RESERVATION FOR SCHEDULING PURPOSES. ALL REQUESTS TO CHANGE MY PICK UP DATE, OR PLACE THE MOVE ON HOLD, MUST BE MADE AT LEAST 5 BUSINESS DAYS (SATURDAY, SUNDAYS AND HOLIDAYS EXCEPTED) PRIOR TO THE PACK OR LOAD DATE (WHICHEVER APPLIES) LISTED ABOVE. I AM ONLY ENTITLED TO RECEIVE A CREDIT OF MY PAYMENT FOR A FUTURE INTERSTATE MOVE WHICH I MUST USE WITHIN A 12 MONTH PERIOD FROM THE DATE OF MY ORIGINAL RESERVATION. ALL PAYMENTS WILL SHOW ON YOUR BILLING CYCLE UNDER NEW ERA RELOCATION LLC. BY SIGNING THIS CONTRACT, I ACKNOWLEDGE THAT I WILL NOT FOR ANY REASON DISPUTE ANY CREDIT CARD PAYMENTS MADE AS PART OF THE MOVING DEPOSIT.

6. IF ELECTING TO CANCEL YOUR MOVE WITH NEW ERA RELOCATION LLC., I UNDERSTAND THAT PAYMENTS ARE COLLECTED IN INSTALLMENTS FOR EACH PORTION OF SERVICE RENDERED, WITH MY FINAL PAYMENT DUE AT DELIVERY. I UNDERSTAND THAT ANY PAYMENTS MADE TO NEW ERA RELOCATION LLC. ARE SUBJECTED TO THE CANCELLATION POLICY HEREIN DESCRIBED. I UNDERSTAND AND ACCEPT THAT I HAVE 72 HOURS FROM THE DATE AND TIME THIS RESERVATION IS PLACED TO CANCEL THIS SHIPMENT IN RETURN FOR A FULL REFUND, AND I UNDERSTAND THIS CANCELLATION MUST BE MADE IN WRITING BY EMAIL AS DESCRIBED BELOW. I UNDERSTAND AND AGREE THAT IF I CANCEL THIS SHIPMENT BEYOND 72 HOURS OF THIS RESERVATION BOOKING, PRIOR PAYMENTS COLLECTED WILL NOT BE REFUNDED. LAST-MINUTE SHIPMENTS BOOKED/RESERVED WITHIN 7 BUSINESS DAYS OF THE SCHEDULED LOADING DATE ARE CONSIDERED NONREFUNDABLE, IF A LAST-MINUTE SHIPMENT IS

CANCELLED NO REFUND OR CREDIT WILL BE ISSUED. MY SIGNATURE BELOW CONFIRMS THAT I HAVE RECEIVED AND AGREED TO THIS PROPER DISCLOSURE AND I UNDERSTAND THE TERMS AND CONDITIONS PRESENTED. THIS IS A BINDING LEGAL AGREEMENT FOR SERVICE, AND I UNDERSTAND THAT IN ORDER TO CANCEL THIS SERVICE I MUST DO SO IN WRITING TO INFO@NEWERARELOLLC.COM. CANCELLATIONS MUST BE MADE IN WRITING BY EMAIL AS DESCRIBED, VERBAL CANCELLATIONS ARE NOT ACCEPTED.

7. CUSTOMER HAS ELECTED A "BINDING TO NOT EXCEED" PRICE, THE TOTAL COST WILL NOT EXCEED THE ESTIMATED AMOUNT; PROVIDED, HOWEVER THAT CUSTOMER PROVIDES NEW ERA RELOCATION LLC.. WITH AN ACCURATE DESCRIPTION OF THE ITEMS TO BE MOVED AND THE SERVICES TO BE PERFORMED. CUSTOMER HAS REQUESTED TO HAVE AN ESTIMATE PROVIDED FOR HIS/HER HOUSEHOLD GOODS RELOCATION, IN ACCORDANCE WITH 49 CFR 371.113(C)(1), CUSTOMER AGREES TO WAIVE A PHYSICAL SURVEY OF THE HOUSEHOLD GOODS, AND ALTERNATIVELY AGREES TO RECEIVE A BINDING TO NOT EXCEED ESTIMATE BASED UPON THE SHIPPER PROVIDED ITEM LIST OF PROPERTY TO BE TRANSPORTED. IF ANY ADDITIONAL PIECES, PACKING SERVICES, CUBIC FEET, VOLUME, WEIGHT OR LABOR SERVICES ARE ADDED AT THE ORIGIN OR DESTINATION TO THOSE QUOTED, THE CUSTOMER SHALL BE CHARGED FOR THESE SERVICES AT THE GOVERNING TARIFF RATES. CUSTOMER UNDERSTANDS THAT NEW ERA RELOCATION LLC. HAS A 2000 LBS MINIMUM ON ALL SHIPMENTS. ANY SHIPMENT BELOW 2000 LBS. WILL BE CHARGED AT THE 2000 LBS RATE. THE PRICE INCLUDES ALL FUEL SURCHARGES, TOLLS, LOAD AND UNLOAD, BASIC DISASSEMBLY AND REASSEMBLY OF STANDARD FURNITURE ITEMS, UP TO 75 FEET OF LONG CARRY AT ORIGIN AND DESTINATION AND 1 FLIGHTS OF STAIRS. ELABORATE FURNITURE ITEMS THAT NEED TO BE DISASSEMBLED AND/OR REASSEMBLED MAY REQUIRE 3RD PARTY SERVICING OR ADDITIONAL LABOR AND SHOULD BE DISCLOSED TO YOUR ESTIMATOR AND INCLUDED IN YOUR ESTIMATE. DISCONNECTING AND/OR RECONNECTING OF APPLIANCES IS NOT INCLUDED IN THE PRICE. REASSEMBLY IS SUBJECT TO THE AVAILABILITY OF TOOLS AND/OR ALL PARTIES BEING AVAILABLE. THE PACKING AND UNPACKING OF BOXES IS ONLY INCLUDED IN THE PRICE IF IT IS ITEMIZED IN THE PACKING AND UNPACKING SECTION OF YOUR ESTIMATE; ALL MATERIALS/LABOR FOR UNDISCLOSED ITEMS WILL BE EXTRA.

8. ALL OF THE TERMS AND PROVISIONS OF THIS AGREEMENT, WHETHER SO EXPRESSED OR NOT, SHALL BE BINDING UPON, INURE TO THE BENEFIT OF, AND BE ENFORCEABLE BY THE PARTIES AND THEIR RESPECTIVE ADMINISTRATORS, EXECUTORS, LEGAL REPRESENTATIVES, HEIRS, SUCCESSORS AND PERMITTED ASSIGNS.

9. CUSTOMER SHALL INDEMNIFY AND HOLD HARMLESS NEW ERA RELOCATION LLC, AND ITS SHAREHOLDERS, DIRECTORS, OFFICERS, EMPLOYEES, AGENTS AND AFFILIATES FROM AND AGAINST ANY AND ALL ACTIONS, CLAIMS, SUITS, LIABILITIES, PROCEEDINGS, PENALTIES, FINES, COSTS, AND EXPENSES (INCLUDING ALL REASONABLE ATTORNEY'S FEES) RELATING DIRECTLY OR INDIRECTLY FROM ANY BREACH OF THIS AGREEMENT BY CUSTOMER.

10. IT IS AGREED BY THE PARTIES AS MANDATORY THAT THIS AGREEMENT SHALL BE GOVERNED BY THE INTERNAL LAWS OF THE STATE OF CALIFORNIA WITHOUT REGARD TO THE PRINCIPLES OF CONFLICTS OF LAW. ANY DISPUTE ARISING OUT

OF OR RELATING TO THIS AGREEMENT SHALL BE BROUGHT IN THE COURTS OR RECORD OF THE STATE OF CALIFORNIA. IF ANY PARTY DOES NOT HAVE A REGISTERED AGENT TO ACCEPT SERVICE OF PROCESS IN CALIFORNIA OR IS NOT OTHERWISE SUBJECT TO SERVICE AFTER REASONABLE ATTEMPTS, THEN SUCH PARTY AGREES TO ACCEPT SERVICE OF PROCESS BY U.S. MAIL.

11. IN THE EVENT OF ANY CONTROVERSY ARISING UNDER OR RELATING TO THE INTERPRETATION OR IMPLEMENTATION OF THIS AGREEMENT OR ANY BREACH THEREOF, NEW ERA RELOCATION LLC. SHALL BE ENTITLED TO RECOVER ALL OF ITS COURT COSTS, COLLECTION FEES, EXPENSES AND REASONABLE ATTORNEY'S FEES (INCLUDING, WITHOUT LIMITATION, ALL PRE-TRIAL, TRIAL AND APPELLATE PROCEEDINGS), IN ADDITION TO ANY OTHER RELIED TO WHICH IT MAY BE ENTITLED. IN THE EVENT THAT NEW ERA RELOCATION LLC. PURSUES THE COLLECTION OF ANY AMOUNTS DUE TO IT UNDER THIS AGREEMENT, NEW ERA RELOCATION LLC. MAY RECOVER THE FULL TARIFF RATE ON ALL GOODS AND SERVICES PROVIDED, IN ADDITION TO ALL OTHER REMEDIES AVAILABLE TO IT AT LAW AND IN EQUITY.

12. MOTOR CARRIER NEUTRAL ARBITRATION PROGRAM: THE MOTOR CARRIER'S NEUTRAL ARBITRATION PROGRAM HAS BEEN DESIGNED TO GIVE NEITHER PARTY ANY SPECIAL ADVANTAGE. IF A DISPUTE ARISES BETWEEN THE CARRIER AND THE SHIPPER ARBITRATION MAY BE A MUTUALLY BENEFICIAL ALTERNATIVE TO HELP RESOLVE THE DISPUTE. SECTION 49 U.S.C. SECTIONS 375.211 PROVIDES THAT A MOVER MUST HAVE A PROGRAM IN PLACE TO PROVIDE SHIPPERS WITH AN ARBITRATION ALTERNATIVE. ARBITRATION IS OPTIONAL AND NOT REQUIRED UNDER FEDERAL LAW. SUMMARY OF THE ARBITRATION PROCESS: ARBITRATION IS AN ALTERNATIVE TO COURTROOM LITIGATION. IT PROVIDES EACH PARTY TO THE DISPUTE TO PRESENT THEIR CASES AND ALLOWS A NEUTRAL THIRD PARTY ARBITRATOR TO MAKE DECISIONS AS TO THE MERIT OF EACH SIDE'S CASE. ARBITRATION SUBJECT TO THIS AGREEMENT SHALL BE CONDUCTED VIA WRITTEN SUBMISSION AND, SUBJECT TO THE ARBITRATOR'S DISCRETION, THROUGH TELEPHONIC APPEARANCE. AFTER THE INITIAL FILING FEES HAVE BEEN PAID AND THE ARBITRATOR SELECTED, THE INITIATING PARTY OR (CLAIMANT) MUST SUBMIT A WRITTEN BRIEF SUMMARIZING THEIR LEGAL POSITION AND FACTUAL CLAIMS. ALL SUPPORTING DOCUMENTATION MUST BE INCLUDED WITH THE INITIAL ARBITRATION BRIEF. COPIES OF ALL DOCUMENTS MUST BE SUBMITTED TO ALL PARTIES INVOLVED IN THE ARBITRATION. UPON RECEIPT OF THE CLAIMANT'S ARBITRATION BRIEF AND SUPPORTING DOCUMENTS, THE RESPONDING PARTY OR (RESPONDENT) WILL HAVE 30 DAYS TO FILE THEIR RESPONSIVE ARBITRATION BRIEF AND SUPPORTING DOCUMENTATION. FURTHER DEADLINES AND TIME TABLES ARE SUBJECT TO THE ARBITRATORS DISCRETION. LEGAL EFFECTS; IF THE ARBITRATION ALTERNATIVE IS CHOSEN, THEN ANY DECISION MADE BY THE ARBITRATOR MAY BE BINDING. ADDITIONALLY, AN ARBITRATION DECISION MAY NOT BE APPEALED IN A COURT OF LAW. ALL PARTIES AGREE THAT THE ARBITRATORS DECISION WILL BE BASED EXCLUSIVELY ON THE GOVERNING UNITED STATES FEDERAL LAW WITHOUT REGARD TO CONFLICTING STATE LAWS OR REGULATIONS. APPLICABLE COSTS EACH PARTY IS RESPONSIBLE FOR THEIR OWN COST ASSOCIATE ED WITH ARBITRATION. A BENEFIT TO THE ARBITRATION ALTERNATIVE MAY BE THAT IT IS LESS EXPENSIVE THAN TRADITIONAL LITIGATION. EACH PARTY IS RESPONSIBLE FOR 50% OF THE COST ASSOCIATED WITH SECURING THE ARBITRATOR AND

100% OF THEIR OWN EXPENSES, INCLUDING BUT NOT LIMITED TO ATTORNEY FEES.

13. UPON BOOKING, UP TO 30-50% PAYMENT FEE IS REQUIRED TO BE PAID BY CREDIT CARD (VISA, MASTERCARD, DISCOVER)(THIS PAYMENT MAY SHOW UP ON THE CUSTOMERS STATEMENT AS RELOCATE US) OR BANK WIRE AND OR DIRECT PAYMENT INTO COMPANY ACCOUNT. UPON PICKUP CARRIER MAY COLLECT UP TO 50-70%. PAYMENT WILL BE DUE IN THE FORM OF CASH OR POSTAL MONEY ORDER. THE REMAINING BALANCE MUST BE PAID IN FULL UPON DELIVERY BY CASH OR POSTAL MONEY ORDER. THE CARRIER RESERVES THE RIGHT TO COLLECT UP TO 70% OF BALANCE DUE PRIOR TO THE GOODS LEAVING THE ORIGIN STATE. SUBJECT TO FEDERAL LAW, PAYMENT IN FULL OF ALL CHARGES IS REQUIRED BEFORE DELIVERY AND PRIOR TO UNLOADING.

14. THE CUSTOMER UNDERSTANDS AND AGREES THAT SHOULD THE CUSTOMER FAIL TO EXECUTE OR RETURN THIS AGREEMENT, BY ALLOWING A CARRIER, OR A LICENSED CARRIER DESIGNATED BY NEW ERA RELOCATION LLC. TO PICK UP THE CUSTOMER'S BELONGINGS, THE CUSTOMER EXPRESSLY AGREES AND CONSENTS TO THE TERMS CONTAINED IN THIS AGREEMENT.

15. CUSTOMER HEREBY KNOWINGLY, VOLUNTARILY AND INTENTIONALLY WAIVES THE RIGHT TO A TRIAL BY JURY IN RESPECT OF ANY LITIGATION BASED HEREON, OR ARISING OUT OF, UNDER OR IN CONNECTION WITH THE GOODS AND SERVICES OBTAINED HERE-UNDER, THE MOVE, OR ANY COURSE OF CONDUCT, COURSE OF DEALING, STATEMENTS (VERBAL OR WRITTEN) OR ACTIONS OF NEW ERA RELOCATION LLC. OR THE MOVER. CUSTOMER ACKNOWLEDGES THAT THIS WAIVER CONSTITUTES A MATERIAL INDUCEMENT TO NEW ERA RELOCATION LLC. TO ENTER INTO THIS AGREEMENT.

16. NEW ERA RELOCATION LLC. REQUIRES THAT THE CUSTOMER MUST FIRST ATTEMPT, TO RESOLVE ALL DISPUTES IN WRITING, DIRECTLY WITH NEW ERA RELOCATION LLC. PRIOR TO INITIALIZING A DISPUTE/REVERSAL WITH THEIR ISSUING CREDIT CARD PROVIDER. THE CUSTOMER MUST PROVIDE WRITTEN DESCRIPTION EVIDENCING ANY AND ALL BREACHES OF THE CONTRACT BY E-MAIL TO NEW ERA RELOCATION LLC. AT INFO@NEWERARELOLLC.COM THE CUSTOMER AGREES THAT FAILURE TO PROVIDE WRITTEN DOCUMENTATION CLAIMING THAT THE TERMS AND CONDITIONS WERE NOT ADHERED TO BY NEW ERA RELOCATION LLC., FORFEITS THE RIGHT TO DISPUTE THIS CLAIM WITH THEIR ISSUING CARD PROVIDER.

17. AS THE CUSTOMER, I AGREE THAT ANY REFUSAL OR DENIAL OF SERVICE, EITHER VERBALLY IN PERSON OR OVER THE PHONE, WILL BE TREATED AS A LATE CANCELLATION MADE OUTSIDE OF THE CANCELLATION WINDOW. I UNDERSTAND THAT NO REFUND WILL BE ISSUED IF I REFUSE OR DENY SERVICE ON THE DAY OF PICK UP. IF I CLAIM THAT SERVICE WAS NOT RENDERED I MUST PROVIDE NOTICE OF ANY SERVICE FAILURE MADE BY NEW ERA RELOCATION LLC., IN WRITING TO INFO@NEWERARELOLLC.COM

18. IN SIGNING THIS AGREEMENT, I THE CUSTOMER, AGREE THAT; NEW ERA RELOCATION LLC., HAS PROVIDED A DATED COPY OF THE ESTIMATE AND INFO@NEWERARELOLLC.COM CHARGES AT THE TIME I SIGNED THE AGREEMENT. NEW ERA RELOCATION LLC. HAS PROVIDED ME WITH NOTIFICATION OF THE METHODS OF PAYMENT REQUIRED TO PAY THE MOTOR

CARRIER FOR BALANCES DUE. ALL COSTS AND CHARGES ARE CLEARLY INDICATED ON THIS ESTIMATE, AND THE CHARGES REPRESENTED ON THIS ESTIMATED ARE ONLY FOR THE SERVICES AND INVENTORY SPECIFICALLY INDICATED ON THIS

## Articles List 80 Items, 248 Pieces

| Qty | Items | Qty | Items | Qty | Items |
|---|---|---|---|---|---|
| 2 | BAR, STOOL | 1 | COMPUTER DESK | 8 | PLASTIC BIN, MED. |
| 1 | BED, DOUBLE (WITH MATTRESSES) | 2 | CORNER TABLES | 7 | PLASTIC BIN, SM. |
| 1 | BED, KING (WITH MATTRESS) | 1 | DESK, DOUBLE | 5 | PLASTIC SHELVING UNIT |
| 2 | BED, QUEEN (WITH MATTRESS) | 1 | DESK, HUTCH | 1 | PLASTIC STORAGE DRAWERS |
| 1 | BED, TWIN (WITH MATTRESS) | 2 | DESK, REGULAR | 1 | RECLINER |
| 1 | BENCH, LARGE | 4 | DINING CHAIR | 1 | ROLLING CART |
| 1 | BENCH, LARGE | 1 | DINING TABLE | 1 | SECRETARY DESK, ANTIQUE |
| 2 | BLACK & TAN CHEST | 1 | DRESSER, DOUBLE | 1 | SERVER |
| 1 | BLACK STORAGE CUBBY UNIT | 4 | DRESSER, SINGLE | 2 | SLEDS, SKIS |
| 2 | BOOKCASE 6X3 | 1 | DRESSER, TRIPLE | 1 | SMALL TABLE |
| 1 | BOOKCASE MED | 1 | DRYER | 1 | SOFA TABLE |
| 1 | BOOKCASE, SM. | 1 | FUTON | 1 | SOFA, 2 LOVE SEAT |
| 11 | BOX, BOOK/SMALL | 1 | GLOBE | 2 | SOFA, 3 SEAT/BED |
| 13 | BOX, CHINA/DISH | 1 | HAMPER | 1 | SOFA, SECTIONAL-2 PIECE |
| 21 | BOX, LARGE PBO | 8 | LAMP, FLOOR (PBO) | 1 | STEREO CONSOLE |
| 31 | BOX, MED. PBO | 2 | LAMP, TABLE (PBO) | 1 | T.V. FLAT SCREEN- 33-60 |
| 13 | BOX, SMALL PBO | 1 | METAL SHELVES | 1 | TABLE |
| 10 | BOX, STAND-UP WARDROBE MEDIUM | 1 | MICROWAVE, STANDARD | 1 | TABLE, COFFEE |
| 1 | BUTLER TABLE | 1 | MIRROR, LG. | 8 | TABLE, END |
| 2 | CABINET, MEDIUM | 2 | MIRROR, REGULAR | 1 | TABLE, FOLDING |
| 1 | CHAIR, ARM | 1 | MISC CUBIC FEET | 2 | TABLE, KITCHEN |
| 4 | CHAIR, KITCHEN | 5 | NIGHT STAND | 1 | TOOLS |
| 1 | CHAIR, OVERSTUFFED | 5 | OCCASIONAL CHAIR | 2 | TRUNK, LARGE |
| 1 | CHEST, CEDAR | 1 | OTTOMAN, SM. | 4 | WALL SHELVES |
| 1 | CHEST, SMALL | 1 | PHYSICIANS'S SCALE | 1 | WASHING MACHINE |
| 2 | CHINA CAB, 1 PIECE | 12 | PLASTIC BIN, LG. | 1 | WICKER SOFA |
| 2 | CLOCK, GRANDFATHER | | | 1 | WORK BENCH, SM. |

## Packing Material List

| Qty | Material | Unit Price $ | Qty | Material | Unit Price $ | Qty | Material | Unit Price $ |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Click on** Online Electronic Signature **to confirm your move online.**

If you no longer wish to receive emails from New Era Relocation, please click on unsubscribe

Ryan F.
Logistics Manager
904-364-0156
DOT number: 3122941
<u>Gold Standard Relocation</u>
"The New Moving Standard"

**EXHIBIT B**



# EXHIBIT C

*State of North Carolina*
*Department of the Secretary of State*

SOSID: 1922351
Date Filed: 12/2/2019 10:21:00 AM
Elaine F. Marshall
North Carolina Secretary of State
C2019 331 00060

## Limited Liability Company
### ARTICLES OF ORGANIZATION

Pursuant to §57D-2-20 of the General Statutes of North Carolina, the undersigned does hereby submit these Articles of Organization for the purpose of forming a limited liability company.

1. The name of the limited liability company is: **NEW ERA RELOCATION LLC**
   (See Item 1 of the Instructions for appropriate entity designation)

2. The name and address of each person executing these articles of organization is as follows: (State whether each person is executing these articles of organization in the capacity of a member, organizer or both by checking all applicable boxes.) **Note: This document must be signed by all persons listed.**

   | Name | Business Address | Capacity |
   |---|---|---|
   | STEVEN WEISS | ALLSTATE CORPORATE SERVICES CORP 2215 HENDRICKSON STREET SUITE 1 BROOKLYN, NY 11234 | ☐ Member ■ Organizer |
   |  |  | ☐ Member ☐ Organizer |
   |  |  | ☐ Member ☐ Organizer |

3. The name of the initial registered agent is: **KARIMOV MEDE**

4. The street address and county of the initial registered agent office of the limited liability company is:
   Number and Street **111 NORTH 3RD STREET**
   City **SMITHFIELD**  State: NC  Zip Code: **27577**  County: **JOHNSTON**

5. The mailing address, if different from the street address, of the initial registered agent office is:
   Number and Street _____
   City _____  State: NC  Zip Code: _____  County: _____

6. Principal office information: (Select either a or b.)
   a. ✓ The limited liability company has a principal office.
   The principal office telephone number: **N/A**
   The street address and county of the principal office of the limited liability company is:
   Number and Street: **111 NORTH 3RD STREET**
   City: **SMITHFIELD**  State: **NC**  Zip Code: **27577**  County: **WAKE**

BUSINESS REGISTRATION DIVISION          P.O. BOX 29622          Raleigh, NC 27626-0622
*(Revised August. 2017)*                                          Form L-01

The mailing address, if different from the street address, of the principal office of the company is:

Number and Street: 111 NORTH 3RD STREET

City: SMITHFIELD   State: NC   Zip Code: 27577   County: JOHNSTON

b. ☐ The limited liability company does not have a principal office.

7. Any other provisions which the limited liability company elects to include (e.g., the purpose of the entity) are attached.

8. **(Optional):** Listing of Company Officials (See instructions on the importance of listing the company officials in the creation document.

| Name | Title | Business Address |
|---|---|---|
| KARIMOV MEDE | MEMBER | 111 NORTH 3RD STREET, SMITHFIELD, NC 27577 |
|  |  |  |

9. **(Optional):** Please provide a business e-mail address: _____
The Secretary of State's Office will e-mail the business automatically at the address provided above at no cost when a document is filed. The e-mail provided will not be viewable on the website. For more information on why this service is offered, please see the instructions for this document.

10. These articles will be effective upon filing, unless a future date is specified:

_____

This is the  15  day of  NOVEMBER , 20 19 .

NEW ERA RELOCATION LLC

_____
Signature

STEVEN WEISS, ORGANIZER
Type or Print Name and Title

The below space to be used if more than one organizer or member is listed in Item #2 above.

_____   _____
Signature          Signature

Type and Print Name and Title   Type and Print Name and Title

**NOTE:**
1. Filing fee is $125. This document must be filed with the Secretary of State.

**EXHIBIT D**

Interstate Bill of Lading Contract and Order for Service

- US DOT: 3081822
- ICC/MG: 1081104
- Van #: 9001
- 8Q3361211

New ERA Relocations
111 N 3rd Street
Smithfield NC 27577
Foreman: Thomas Galczynski
201-273-1063

Pick Up Date: 7/31/2020

**ORIGIN**
- Name: Jerry Spinner
- Address: 1612 Jekyll Lane
- City/State/ZIP: Waxhaw NC 28173
- Phone: 203-298-2929
- Agent: Ryan

**DESTINATION**
- Name: Jerry Spinner
- Address: Storage TBD
- City/State/ZIP: Setauket NY 11733
- Phone: 203 298 2929 / 904-261-1581

Customer's signature date: 7/31/20

**TOTAL ESTIMATED CHARGES:** $14423.34

**SPECIAL SERVICES:** Space Reservation 4200 Cu. Ft.

**CUBIC FEET CHARGES:**
- Base: 3200 cu ft @ $3.30 per cu ft = $10560
- Additional: 1000 cu ft @ $3.30 per cu ft = $3300

**PACKING MATERIALS AND LABOR:**
- Full Packing Service: $4200
- Other: Space Res 1454 = $612

**OTHER SERVICES:**
- Fuel surcharge: 90.009 = $1247
- Misc Bulky Item: $420
- Other: Priority Route Dist = $1000

**STORAGE CHARGES:**
- Other: Customer Deposit = $4197

**SUMMARY OF CHARGES:**
- GRAND TOTAL: $15042
- PARTIAL PAYMENT: $4500
- BALANCE DUE: $10542

Signatures dated 7/3/20