*Law Offices of*

# SUSAN CHANA LASK

**244 Fifth Avenue, Suite 2369**
**New York, N.Y.  10001**

**(917) 300-1958**                    www.appellate-brief.com

VIA ECF
August 19, 2022

Honorable Magistrate James M. Wicks
EASTERN DISTRICT OF NEW YORK
United States District Court
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722


Re:  Spinner et al. v New Era et.al.  #20-6288

Wagner  v New Era et al  #21-07092


Dear Magistrate Wicks:


    I represent the plaintiffs in the above captioned cases.  I am writing this joint letter on behalf of myself and Mr. Gutterman for the Gold Standard defendants to inform you that the case against the Gold Standard defendants is settled.

    I want to thank you and your court staff for your assistance in facilitating the settlement.

    On or before August 26, 2022, I will file the stipulation to withdrawl with terms as agreed in the settlement agreement pursuant to close the case with respect to the Gold Standard defendants.

    Last, and separate from the joint letter information above, I anticipate filing a motion for default judgment against the New Era defendants to fully close this matter in the next month or so.

    Thank you for your time in this matter


                    Very truly yours,
                    **LAW OFFICES OF SUSAN CHANA LASK**

                    /s Susan Chana Lask
                    **SUSAN CHANA LASK**