UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY SPINNER, SAMANTHA SCHWARTZ, and BILL POMPLIANO,<br><br>    Plaintiffs,<br><br>v.<br><br>NEW ERA RELOCATION LLC, MOVING SOLUTIONS LLC, MEDE KARIMOV, THOMAS GALCZYNSKI, JENNIFER BLAKE, SAMMI DOE, GOLD STANDARD RELOCATION, RYAN F DOE, PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY, RELOCATE US LLC, and MARGARET BOVARD DRAYTON,<br><br>    Defendants. | **ORDER DISMISSING CASE**<br>20-CV-06288 (HG) (JMW) |

**HECTOR GONZALEZ**, United States District Judge:

The Court hereby dismisses Plaintiffs' claims against the remaining Defendants in this action, and dismisses those Defendants' counterclaims against Plaintiffs, both with prejudice for failure to prosecute pursuant to Rule 41(b), as further set forth below.

On February 20, 2021, Plaintiffs voluntarily dismissed without prejudice their claims against Progressive Southeastern Insurance Company, pursuant to Rule 41(a)(1)(A)(i), before that Defendant had filed an answer or a motion for summary judgment.

On August 31, 2022, the Court dismissed with prejudice Plaintiffs' claims against the following Defendants, pursuant to Rule 41(a)(2), because those parties had reached a settlement following a conference with Magistrate Judge Wicks: Margaret Bovard Drayton; Sammie "Doe," now identified as Samuel Galluzzi; Ryan Doe, now identified as Ryan Fahnestock;

Jennifer Blake; Gold Standard Relocation; Moving Solutions LLC; and Relocate US LLC. ECF No. 96.

On August 25, 2022, the Clerk of Court entered the default, pursuant to Rule 55(a), with respect to the remaining Defendants (collectively, the "New Era Defendants"): New Era Relocation LLC; Thomas Galczynski; and Mede Karimov. ECF No. 95. Specifically, the Clerk of Court noted that Thomas Galczynski had failed to file an answer. *Id.* Although New Era Relocation LLC and Mede Karimov had filed an answer and asserted counterclaims, the Clerk of Court determined that they "ha[d] abandoned the case since January[] 2022." *Id.*

The Court ordered Plaintiffs to move for default judgment against the New Era Defendants on or before December 15, 2022. After Plaintiffs failed to move for a default judgment by that deadline, the Court ordered Plaintiffs to file their motion on or before December 30, 2022, and warned Plaintiffs that their "[f]ailure to do so may result in dismissal of the action for failure to prosecute." ECF Order dated Dec. 20, 2022. Plaintiffs responded by filing a "Stipulation of Dismissal," signed only by Plaintiffs' counsel, stating that "it has now become clear to plaintiffs that it is futile to file for default judgments against [the] remaining defendants as they have disappeared." ECF No. 97. Plaintiffs further said that their claims against the New Era Defendants were "hereby dismissed" and requested "that this docket may be deemed closed." *Id.*

Based on Plaintiffs' statement disavowing their intent to continue pursuing their claims against the New Era Defendants, the Court dismisses with prejudice Plaintiffs' claims against the New Era Defendants, pursuant to Rule 41(b) for failure to prosecute. The Court further dismisses with prejudice, pursuant to Rule 41(b), the counterclaims asserted against Plaintiffs by Defendants New Era Relocation LLC and Mede Karimov. *See* ECF No. 51. The entry of default

2

against those Defendants, premised upon the Clerk of Court's finding that they had abandoned the case, demonstrates that they have failed to prosecute their counterclaims.

In light of the dismissal of all the remaining claims in this action, the Clerk of Court is respectfully directed to enter judgment and to close this case.

SO ORDERED.

 /s/ Hector Gonzalez
HECTOR GONZALEZ
United States District Judge

Dated: Brooklyn, New York
December 23, 2022

3