UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JEFFREY SPINNER, SAMANTHA SCHWARTZ,
and BILL POMPLIANO,

                Plaintiffs,                            JUDGMENT
  v.                                                                20-CV-06288 (HG) (JMW)

NEW ERA RELOCATION LLC, MOVING
SOLUTIONS LLC, MEDE KARIMOV,
THOMAS GALCZYNSKI, JENNIFER BLAKE,
SAMMI DOE, GOLD STANDARD RELOCATION,
RYAN F DOE, PROGRESSIVE SOUTHEASTERN
INSURANCE COMPANY, RELOCATE US LLC, and
MARGARET BOVARD DRAYTON,

                Defendants.
------------------------------------------------------------ X

        An Order of Honorable Hector Gonzalez, United States District Judge, having been filed on December 23, 2022, dismissing Plaintiff's claims against the remaining Defendants in this action for failure to prosecute, pursuant to Rule 41(b) with prejudice; and dismissing those Defendants' counterclaims against Plaintiff with prejudice; it is

        ORDERED and ADJUDGED that Plaintiffs' claims against the remaining Defendants in this action and those Defendants' counterclaims against Plaintiffs, are both dismissed with prejudice for failure to prosecute pursuant to Rule 41(b).

Dated: Brooklyn, NY                                                 Brenna B. Mahoney
        December 28, 2022                                    Clerk of Court

                                                                     By: */s/Jalitza Poveda*
                                                                          Deputy Clerk